B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vertical Health Solutions, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA OnPoint Medical Diagnostics, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**59-3635265** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15735 51 Street<br>Minneapolis, MN**<br><div align="right">ZIP Code **55446**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

<div align="right">THIS SPACE IS FOR COURT USE ONLY</div>

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) <div align="right">Page 2</div>

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Vertical Health Solutions, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vertical Health Solutions, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Andrew Zaron** _____
Signature of Attorney for Debtor(s)

**Andrew Zaron** _____
Printed Name of Attorney for Debtor(s)

**León Cosgrove, LLC** _____
Firm Name

**255 Alhambra Circle
Suite 424
Coral Gables, FL 33134**
_____
Address

**305-740-1975** _____
Telephone Number

**March 13, 2014** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ William Cavanaugh** _____
Signature of Authorized Individual

**William Cavanaugh** _____
Printed Name of Authorized Individual

**President and CEO** _____
Title of Authorized Individual

**March 13, 2014** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re  **Vertical Health Solutions, Inc.**  
Debtor(s)

Case No. _____
Chapter  **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-31275** .

2. The following financial data is the latest available information and refers to the debtor's condition on **02/20/14** .

   a. Total assets — $  **921,956.00**

   b. Total debts (including debts listed in 2.c., below) — $  **3,117,767.00**

   c. Debt securities held by more than 500 holders:

| | | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | | $ | | **0.00** | **0** |

   d. Number of shares of preferred stock — **0** — **0**

   e. Number of shares common stock — **13,978,146** — **348**

   Comments, if any:

3. Brief description of Debtor's business:
   **The company provides cloud-based medical imaging quality assurance automation for hospitals and imaging centers.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Mayo Foundation for Medical Education and Research (1,111,000 shares - 7.95%)**
   **Richard and Jaci Lindstrom (1,000,000 shares - 7.15%)**
   **Gus Chafoulias (982,219 shares - 7.02%)**
   **Marie Elizabeth Briden (729,882 shares - 5.22%)**
   **William T. Cavanaugh (700,000 shares - 5.01%)**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re      **Vertical Health Solutions, Inc.**                                            Case No. _____
                                        Debtor(s)                    Chapter    **11**     _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ackmann & Dickenson, Inc. 701 North Third Street Suite 108 Minneapolis, MN 55401 | Ackmann & Dickenson, Inc. 701 North Third Street Suite 108 Minneapolis, MN 55401 | Business Vendor | | 68,420.00 |
| C. Thomas & Nancy Humphries 6315 Howie Mine Church Road Waxhaw, NC 28173 | C. Thomas & Nancy Humphries 6315 Howie Mine Church Road Waxhaw, NC 28173 | Promissory Note | | 100,000.00 |
| Craig Stevenson 1237 BOULDER CIR FERGUS FALLS, MN 56537 | Craig Stevenson 1237 BOULDER CIR FERGUS FALLS, MN 56537 | Promissory Note | | 60,000.00 |
| Donald G. Hamm Jr. 149 Stonebridge Road Lilydale, MN 55118 | Donald G. Hamm Jr. 149 Stonebridge Road Lilydale, MN 55118 | Promissory Note | | 200,000.00 |
| Elmer Salovich Revocable Trust U/A 12/16 12 Overholt Pass Edina, MN 55435 | Elmer Salovich Revocable Trust U/A 12/16 12 Overholt Pass Edina, MN 55435 | Promissory Note | | 45,000.00 |
| Gilya Alchits 11010 50th Avenue North Plymouth, MN 55442 | Gilya Alchits 11010 50th Avenue North Plymouth, MN 55442 | Promissory Note | | 40,000.00 |
| Henry A. Cousineau III 1201 Yale Place #1107 Minneapolis, MN 55403 | Henry A. Cousineau III 1201 Yale Place #1107 Minneapolis, MN 55403 | Promissory Note | | 250,000.00 |
| Henry A. Cousineau III 1201 Yale Place #1107 Minneapolis, MN 55403 | Henry A. Cousineau III 1201 Yale Place #1107 Minneapolis, MN 55403 | Promissory Note | | 104,011.00 |
| J. Kenneth Roos III PO Box 90502 San Diego, CA 92169 | J. Kenneth Roos III PO Box 90502 San Diego, CA 92169 | Business Vendor | | 47,500.00 |
| JIMMAR Consulting 615 River Birch Place Lino Lakes, MN 55104 | JIMMAR Consulting 615 River Birch Place Lino Lakes, MN 55104 | Business Vendor | | 43,100.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Vertical Health Solutions, Inc.**                            Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| John Collins<br>3332 Primrose Court<br>Grand Forks, ND 58201 | John Collins<br>3332 Primrose Court<br>Grand Forks, ND 58201 | **Promissory Note** | | 150,000.00 |
| Kilmer Lucas, Inc.<br>5090 Explorer Drive<br>Suite 203<br>Mississauga, ON L4W 4T9 | Kilmer Lucas, Inc.<br>5090 Explorer Drive<br>Suite 203<br>Mississauga, ON L4W 4T9 | **Business Vendor** | | 37,500.00 |
| Larry Hopfenspirger<br>2025 Nicollet Avenue South<br>#203<br>Minneapolis, MN 55404 | Larry Hopfenspirger<br>2025 Nicollet Avenue South<br>#203<br>Minneapolis, MN 55404 | **Promissory Note** | | 96,000.00 |
| Marie Elizabeth Briden<br>35 WILLOW WOODS DRIVE<br>TONKA BAY, MN 55331 | Marie Elizabeth Briden<br>35 WILLOW WOODS DRIVE<br>TONKA BAY, MN 55331 | **Promissory Note** | | 100,000.00 |
| Mayo Foundation for Medical<br>Education and Research<br>200 First Street SW<br>Rochester, MN 55905 | Mayo Foundation for Medical<br>Education and Research<br>Rochester, MN 55905 | | | 160,000.00 |
| Morgan Lewis & Bockius,<br>LLP<br>502 Carnegie Center<br>Princeton, NJ 08540 | Morgan Lewis & Bockius, LLP<br>502 Carnegie Center<br>Princeton, NJ 08540 | **Business Vendor** | | 60,849.00 |
| Paul Roberts<br>1955 GREEN TREE ROAD<br>JUNCTION CITY, WI 54443 | Paul Roberts<br>1955 GREEN TREE ROAD<br>JUNCTION CITY, WI 54443 | **Promissory Note** | | 75,000.00 |
| RBC Capital Markets LLC<br>Cust FBO Daryl McNab Roth<br>60 South 6th Street<br>Mailstop: P9<br>Minneapolis, MN 55402 | RBC Capital Markets LLC<br>Cust FBO Daryl McNab Roth<br>60 South 6th Street<br>Minneapolis, MN 55402 | **Promissory Note** | | 35,000.00 |
| Sheldon Fleck<br>4611 Browndale Ave<br>Edina, MN 55424 | Sheldon Fleck<br>4611 Browndale Ave<br>Edina, MN 55424 | **Promissory Note** | | 50,000.00 |
| Willard Blake<br>10604 Raddisson Rd NE<br>Blaine, MN 55449 | Willard Blake<br>10604 Raddisson Rd NE<br>Blaine, MN 55449 | **Promissory Note** | | 36,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Vertical Health Solutions, Inc.**                                    Case No. _____
_____
                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 13, 2014**                          Signature  **/s/ William Cavanaugh**
                                                                              **William Cavanaugh**
                                                                              **President and CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Form 6 - Summary)  (12/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Vertical Health Solutions, Inc.**                                        Case No. _____
                                                    Debtor(s)        Chapter        **11**    _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 3 | $1,021,360.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $40,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $67,899.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $3,026,064.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 30 | $1,021,360.00 | $3,133,963.24 | |

Form 6 - Statistical Summary (12/13)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Vertical Health Solutions, Inc.**

Case No. _____

Debtor(s)

Chapter    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

.

In re    **Vertical Health Solutions, Inc.**                                   ,    Case No. _____
                                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |

**None**

| | | | Sub-Total > | **0.00** | (Total of this page) |
| | | | Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Vertical Health Solutions, Inc.**                                    ,        Case No. _____
                                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Home Federal Bank - Checking Account** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Computer Notebooks, PC and Monitor** | - | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        1,500.00
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Vertical Health Solutions, Inc.**                                                    ,          Case No. _____

                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **PO Box 47039 Minneapolis, MN 55447** | - | 19,860.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **19,860.00** |
| (Total of this page) | |

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Vertical Health Solutions, Inc.** _____ ,    Case No. _____
                                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Big data technology platform for medical imaging quality assurance.** | - | **1,000,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **License Agreement with Mayo Foundation for Medical Education and Research** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **1,000,000.00**
(Total of this page)
Total >    **1,021,360.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Vertical Health Solutions, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **David Drummer 30 Map Drive Mankato, MN 56001** | - | | | 02/2014 **Security Interest against substantially all of Debtor's assets** Value $       **Unknown** | | | | **15,000.00** | **0.00** |
| Account No. **Richard Lindstrom 9801 Dupont Avenue South Bloomington, MN 55431** | - | | | 02/2014 **Security Interest against substantially all of Debtor's assets** Value $       **Unknown** | | | | **25,000.00** | **0.00** |
| Account No. | | | | Value $ | | | | | |
| Account No. | | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | **40,000.00** | **0.00** |
| | | | | Total (Report on Summary of Schedules) | | | | **40,000.00** | **0.00** |

B6E (Official Form 6E) (4/13)

In re    **Vertical Health Solutions, Inc.**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>     1     </u>   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Vertical Health Solutions, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439** | - | | 03/01/2014 | | | | 7,500.00 | 0.00<br><br>7,500.00 |
| Account No.<br><br>**Jane Halverson**<br>**11914 70 Place N.**<br>**Osseo, MN 55369** | - | | 03/01/2014 | | | | 1,730.77 | 0.00<br><br>1,730.77 |
| Account No.<br><br>**Thomas Schissel**<br>**2003 W Blaylock**<br>**Phoenix, AZ 85085** | - | | 03/01/2014 | | | | 1,923.08 | 0.00<br><br>1,923.08 |
| Account No.<br><br>**William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | - | | | | | | 56,745.39 | 44,270.39<br><br>12,475.00 |
| Account No.<br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 44,270.39<br>67,899.24    23,628.85 |
| | Total<br>(Report on Summary of Schedules) | 44,270.39<br>67,899.24    23,628.85 |

B6F (Official Form 6F) (12/07)

In re    **Vertical Health Solutions, Inc.**                                                        ,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. <br><br> **Ackmann & Dickenson, Inc.** <br> **701 North Third Street** <br> **Suite 108** <br> **Minneapolis, MN 55401** | - | | | | **02/14/14** <br> **Business Vendor** | | | | 68,420.00 |
| Account No. <br><br> **Al Bier** <br> **1180 Lakemoor Drive** <br> **Woodbury, MN 55129** | - | | | | **10/26/2012** <br> **Promissory Note** | | | | 10,000.00 |
| Account No. <br><br> **Anthony and Julie Klasen** <br> **431 Riverside Ave NW** <br> **Melrose, MN 56352** | - | | | | **09/28/2012** <br> **Promissory Note** | | | | 10,000.00 |
| Account No. <br><br> **Arthur J. Gallagher** <br> **Risk Mgt Svcs Inc** <br> **39735 Treasury Center** <br> **Chicago, IL 60694** | - | | | | **02/17/14** <br> **Business Vendor** | | | | 5,028.00 |

__16__  continuation sheets attached

Subtotal
(Total of this page)                                                    93,448.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vertical Health Solutions, Inc.**                                    ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 02/17/14 Business Vendor | | | | |
| **BDO USA 7650 Edinborough Way Suite 225 Edina, MN 55435** | - | | | | | | | 21,748.00 |
| Account No. | | | | 08/14/14 Promissory Note | | | | |
| **Bill Priedman 405 S WILLOW DR LONG LAKE, MN 55356** | - | | | | | | | 20,000.00 |
| Account No. | | | | 01/14/13 Promissory Note | | | | |
| **Brad Richter 21150 EXCELSIOR BLVD GREENWOOD, MN 55331** | - | | | | | | | 15,000.00 |
| Account No. | | | | 02/01/2012 Promissory Note | | | | |
| **Brian Spille 3933 Vincent Avenue South Minneapolis, MN 55410** | - | | | | | | | 21,000.00 |
| Account No. | | | | 08/28/2012 Promissory Note | | | | |
| **Bruce & Sarah Everakes JT TEN 3442 River Falls Dr Northbrook, IL 60062** | - | | | | | | | 22,500.00 |

Sheet no. _**1**___ of _**16**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

100,248.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vertical Health Solutions, Inc.** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Bruce Foreman <br> 5301 AYRSHIRE BLVD <br> EDINA, MN 55436 | - | | 09/18/2012 <br> Promissory Note | | | | 15,000.00 |
| Account No. <br><br> C. Thomas & Nancy Humphries <br> 6315 Howie Mine Church Road <br> Waxhaw, NC 28173 | - | | 09/28/12 <br> Promissory Note | | | | 100,000.00 |
| Account No. <br><br> Celtic Enterprises <br> 26120 DODD BLVD <br> LAKEVILLE, MN 55044 | - | | 08/10/2012 <br> Promissory Note | | | | 15,000.00 |
| Account No. <br><br> Charles Bercaw <br> 2601 W 52ND ST <br> MINNEAPOLIS, MN 55410 | - | | 04/25/2013 <br> Promissory Note | | | | 15,000.00 |
| Account No. <br><br> Comstock Land Co. LLC <br> PO BOX 10976 <br> FARGO, ND 58106 | - | | 11/04/2013 <br> Promissory Note | | | | 18,750.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

163,750.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vertical Health Solutions, Inc.**                                    ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 09/28/2012 Promissory Note | | | | |
| Craig Muilenburg PO Box 281 Groton, SD 57445 | - | | | | | | | |
| | | | | | | | | 10,000.00 |
| Account No. | | | | 08/17/2012 Promissory Note | | | | |
| Craig Stevenson 1237 BOULDER CIR FERGUS FALLS, MN 56537 | - | | | | | | | |
| | | | | | | | | 60,000.00 |
| Account No. | | | | 08/21/2012 Promissory Note | | | | |
| Dan Nourie 1804 SUNRAN AVE MANKATO, MN 56001 | - | | | | | | | |
| | | | | | | | | 5,000.00 |
| Account No. | | | | 09/06/2013 Promissory Note | | | | |
| Dan Schulte 512 CARRIAGE LANE HUDSON, WI 54016 | - | | | | | | | |
| | | | | | | | | 15,000.00 |
| Account No. | | | | 12/13/2012 Promissory Note | | | | |
| Daniel Gage 4052 Deerwood PL Eagan, MN 55122 | - | | | | | | | |
| | | | | | | | | 10,000.00 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **100,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vertical Health Solutions, Inc.**                                          ,   Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/21/2013 Promissory Note | | | | |
| **Daryl and Margaret McNab 26120 DODD BLVD LAKEVILLE, MN 55044** | - | | | | | | 5,000.00 |
| Account No. | | | 09/07/2012 Promissory Note | | | | |
| **Dean P Jacklitch 16620 54TH COURT N Plymouth, MN 55446** | - | | | | | | 25,000.00 |
| Account No. | | | 08/15/12 Promissory Note | | | | |
| **Dennis DeVetter 9925 RIVER EDGE DRIVE MARSHFIELD, WI 54449** | - | | | | | | 25,000.00 |
| Account No. | | | 09/11/2013 Promissory Note | | | | |
| **Donald G. Hamm Jr. 149 Stonebridge Road Lilydale, MN 55118** | - | | | | | | 200,000.00 |
| Account No. | | | 09/07/2012 Promissory Note | | | | |
| **Doug Pietig 1424 WOODLAWN BEACH BUFFALO, MN 55313** | - | | | | | | 10,000.00 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    265,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vertical Health Solutions, Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Elmer Salovich Revocable Trust U/A 12/16 12 Overholt Pass Edina, MN 55435** | - | | 02/01/2012 <br> **Promissory Note** | | | | 45,000.00 |
| Account No. <br><br> **Fred Richter 103 EDGEWOOD CT WAYZATA, MN 55391** | - | | 12/17/2012 <br> **Promissory Note** | | | | 5,000.00 |
| Account No. <br><br> **Gene Happe 2909 WOODS TRAIL S BURNSVILLE, MN 55306** | - | | 08/13/2012 <br> **Promissory Note** | | | | 20,000.00 |
| Account No. <br><br> **Gilya Alchits 11010 50th Avenue North Plymouth, MN 55442** | - | | 02/01/2012 <br> **Promissory Note** | | | | 40,000.00 |
| Account No. <br><br> **Gus Chafoulias 221 1st Avenue SW Suite 300 Rochester, MN 55902** | - | | 02/17/14 <br> **Business Vendor** | | | | 30,000.00 |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **140,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vertical Health Solutions, Inc.**                                              ,        Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 12/31/2012 Promissory Note | | | | |
| Gus Chafoulias 221 1st Avenue SW Suite 300 Rochester, MN 55902 | - | | | | | | | 275,000.00 |
| Account No. | | | | 01/11/13 Promissory Note | | | | |
| Heidi Haberman 2710 Pence Lane Orono, MN 55331 | - | | | | | | | 12,500.00 |
| Account No. | | | | 05/10/2012 Promissory Note | | | | |
| Henry A. Cousineau III 1201 Yale Place #1107 Minneapolis, MN 55403 | - | | | | | | | 104,011.00 |
| Account No. | | | | 09/20/2012 Promissory Note | | | | |
| Henry A. Cousineau III 1201 Yale Place #1107 Minneapolis, MN 55403 | - | | | | | | | 250,000.00 |
| Account No. | | | | 02/17/14 Business Vendor | | | | |
| J. Kenneth Roos III PO Box 90502 San Diego, CA 92169 | - | | | | | | | 47,500.00 |

Sheet no. __6___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**689,011.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Vertical Health Solutions, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>James Behm<br>3937 37TH STREET COURT WEST<br>BRADENTON, FL 34205 | - | | 08/13/12<br>Promissory Note | | | | 20,000.00 |
| Account No.<br><br>James Paul Argires<br>245 ESHELMAN ROAD<br>LANCASTER, PA 17601 | - | | 01/14/14<br>Promissory Note | | | | 20,000.00 |
| Account No.<br><br>Jerry & Kaye Rachel<br>17825 Dracena Cir<br>North Fort Meyers, MN 33917 | - | | 10/26/12<br>Promissory Note | | | | 30,000.00 |
| Account No.<br><br>JIMMAR Consulting<br>615 River Birch Place<br>Lino Lakes, MN 55104 | - | | 02/17/14<br>Business Vendor | | | | 43,100.00 |
| Account No.<br><br>John Collins<br>3332 Primrose Court<br>Grand Forks, ND 58201 | - | | 12/28/2012<br>Promissory Note | | | | 150,000.00 |

Sheet no. __7___ of __16___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    263,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vertical Health Solutions, Inc.**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> John E. Happe <br> 1701 PRAIRIE HILL RD <br> ST CLOUD, MN 56301 | - | | | 11/26/13 <br> Promissory Note | | | | 6,000.00 |
| Account No. <br><br> Joleen Happe <br> 2909 WOODS TRAIL S <br> BURNSVILLE, MN 55306 | - | | | 08/13/12 <br> Promissory Note | | | | 10,000.00 |
| Account No. <br><br> Jon and Annette Vandehey <br> 1945 GREEN TREE ROAD <br> JUNCTION CITY, WI 54443 | - | | | 09/28/2012 <br> Promissory Note | | | | 15,000.00 |
| Account No. <br><br> Jordan Family LLC <br> 400 East Lake Street <br> Minneapolis, MN 55408 | - | | | 02/01/2012 <br> Promissory Note | | | | 24,000.00 |
| Account No. <br><br> Katie White <br> 5300 HIGHWOOD DR W <br> EDINA, MN 55436 | - | | | 08/14/2012 <br> Promissory Note | | | | 20,000.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **75,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vertical Health Solutions, Inc.**                                        ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kevin Clark**<br>**3841 RED CEDAR POINT DR**<br>**EXCELSIOR, MN 55331** | - | | 08/22/2012<br>**Promissory Note** | | | | 25,000.00 |
| Account No.<br><br>**Kevin Miller**<br>**5801 Merold Drive**<br>**Edina, MN 55436** | - | | 12/27/2012<br>**Promissory Note** | | | | 5,000.00 |
| Account No.<br><br>**Kilmer Lucas, Inc.**<br>**5090 Explorer Drive**<br>**Suite 203**<br>**Mississauga, ON L4W 4T9** | - | | 02/17/14<br>**Business Vendor** | | | | 37,500.00 |
| Account No.<br><br>**Larry Hopfensprger**<br>**2025 Nicollet Avenue South**<br>**#203**<br>**Minneapolis, MN 55404** | - | | 02/01/2012<br>**Promissory Note** | | | | 96,000.00 |
| Account No.<br><br>**Lindstrom Family Limited**<br>**Partnership #2**<br>**9801 Dupont Avenue South**<br>**Bloomington, MN 55431** | - | | 06/17/13<br>**Promissory Note** | | | | 100,000.00 |

Sheet no. __9___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **263,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vertical Health Solutions, Inc.**                                      ,     Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marie Elizabeth Briden**<br>**35 WILLOW WOODS DRIVE**<br>**TONKA BAY, MN 55331** | - | | **09/07/12**<br>**Promissory Note** | | | | 100,000.00 |
| Account No.<br><br>**Mark Heuer**<br>**232 CHICAGO AVE N**<br>**WAYZATA, MN 55391** | - | | **12/17/12**<br>**Promissory Note** | | | | 10,000.00 |
| Account No.<br><br>**Marvin and Myrna Olson**<br>**100 Meadow Circle N**<br>**BURNSVILLE, MN 55337** | - | | **12/07/2012**<br>**Promissory Note** | | | | 10,000.00 |
| Account No.<br><br>**Mary Hauser**<br>**1435 DURAND CT SE**<br>**ROCHESTER, MN 55904** | - | | **12/11/2012**<br>**Promissory Note** | | | | 20,000.00 |
| Account No.<br><br>**Mayo Foundation for Medical Education and Research**<br>**200 First Street SW**<br>**Rochester, MN 55905** | - | | **04/01/2013** | | | | 160,000.00 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **300,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael Reznick** <br> **124 Hart Ave** <br> **SANTA MONICA, CA 90405** | - | | 09/28/12 <br> **Promissory Note** | | | | 15,000.00 |
| Account No. <br><br> **Monte Kjos** <br> **PO BOX 10976** <br> **FARGO, ND 58106** | - | | 11/04/13 <br> **Promissory Note** | | | | 18,750.00 |
| Account No. <br><br> **Moquist Thorvilson Kaufmann Kennedy & Pi** <br> **7650 Edinborough Way** <br> **Suite 225** <br> **Minneapolis, MN 55435** | - | | 02/17/14 <br> **Business Vendor** | | | | 14,248.00 |
| Account No. <br><br> **Morgan Lewis & Bockius, LLP** <br> **502 Carnegie Center** <br> **Princeton, NJ 08540** | - | | 02/17/14 <br> **Business Vendor** | | | | 60,849.00 |
| Account No. <br><br> **Paul Roberts** <br> **1955 GREEN TREE ROAD** <br> **JUNCTION CITY, WI 54443** | - | | 01/20/14 <br> **Promissory Note** | | | | 75,000.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **183,847.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vertical Health Solutions, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **R Kirt Mostrom 629 Ferndale Rd N WAYZATA, MN 55391** | - | | 02/06/2013 Promissory Note | | | | 10,000.00 |
| Account No. **Radine Sally Oxley 1985 Family Trusts 2716 OCEAN PARK BLVD #2014 SANTA MONICA, CA 90405** | - | | 01/22/2013 Promissory Note | | | | 10,000.00 |
| Account No. **Rainwater Capital Partners, LLC 2751 HENNEPIN AVE S #24 MINNEAPOLIS, MN 55408** | - | | 12/13/2012 Promissory Note | | | | 2,500.00 |
| Account No. **RBC CAPITAL MARKETS LLC CUST☐FBO Craig Stevenson 60 South 6th Street Mailstop: P9 Minneapolis, MN 55402** | - | | 03/04/13 Promissory Note | | | | 20,000.00 |
| Account No. **RBC Capital Markets LLC Cust FBO Daryl McNab Roth 60 South 6th Street Mailstop: P9 Minneapolis, MN 55402** | - | | 09/07/2012 Promissory Note | | | | 35,000.00 |

Sheet no. __12__ of __16__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          | 77,500.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 08/21/2013 Promissory Note | | | | |
| **RBC Capital Markets LLC Cust FBO Mark W. Spindler 60 South 6th Street Mailstop: P9 Minneapolis, MN 55402** | - | | | | | | 10,000.00 |
| Account No. | | | 12/03/2012 Promissory Note | | | | |
| **RBC Capital Markets LLC Cust FBO Robert 60 South 6th Street Mailstop: P9 Minneapolis, MN 55402** | - | | | | | | 25,000.00 |
| Account No. | | | 12/17/13 Promissory Note | | | | |
| **RBC CAPITAL MARKETS LLC CUST Craig Watkins 60 South 6th Street Mailstop: P9 Minneapolis, MN 55402** | - | | | | | | 20,000.00 |
| Account No. | | | 12/23/2013 Promissory Note | | | | |
| **RBC CAPITAL MARKETS LLC CUST☐FBO Jeffrey Williams 60 South 6th Street Mailstop: P9 Minneapolis, MN 55402** | - | | | | | | 15,000.00 |
| Account No. | | | 11/30/2012 Promissory Note | | | | |
| **RBC CAPITAL MARKETS LLC CUST☐FBO Bruce Everakes 60 South 6th Street CRAIG WATK Minneapolis, MN 55402** | - | | | | | | 9,500.00 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **79,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vertical Health Solutions, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**RBC CAPITAL MARKETS LLC**<br>**CUST☐FBO Jeffrey Williams**<br>**60 South 6th Street**<br>**Mailstop: P9**<br>**Minneapolis, MN 55402** | - | | | **09/07/2012**<br>**Promissory Note** | | | | **25,000.00** |
| Account No.<br><br>**Registrar and Transfer Company**<br>**10 Commerce Drive**<br>**Cranford, NJ 07016** | - | | | **02/17/14**<br>**Business Vedor** | | | | **3,096.00** |
| Account No.<br><br>**Robert McKelvey**<br>**23449 QUENTIN AVE N**<br>**SCANDIA, MN 55073** | - | | | **12/18/2013**<br>**Promissory Note** | | | | **10,000.00** |
| Account No.<br><br>**Sheldon Fleck**<br>**4611 Browndale Ave**<br>**Edina, MN 55424** | - | | | **02/01/2012**<br>**Promissory Note** | | | | **50,000.00** |
| Account No.<br><br>**Super Angel Capital, LLC**<br>**2915 Wayzata Blvd**<br>**Minneapolis, MN 55405** | - | | | **02/01/2012**<br>**Promissory Note** | | | | **30,000.00** |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **118,096.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vertical Health Solutions, Inc.**            ,      Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Theodore L Tilton Trust**<br>**1031 PARKVIEW DRIVE**<br>**ROCHELLE, IL 61608** | - | | 09/28/2012<br>**Promissory Note** | | | | 8,000.00 |
| Account No.<br><br>**Thomas A and Mary Jean**<br>**Rosenberg**<br>**PO BOX 94**<br>**NORTHFIELD, MN 55057** | - | | 09/11/2013<br>**Promissory Note** | | | | 15,000.00 |
| Account No.<br><br>**Tim Hohl - April 2011 Note**<br>**14814 North Florida Ave**<br>**Tampa, FL 33613** | - | | 04/15/2011<br>**Promissory Note** | | | | 5,845.00 |
| Account No.<br><br>**Titan**<br>**221 1st Avenue SW**<br>**Suite 300**<br>**Rochester, MN 55902** | - | | 02/17/14<br>**Business Vendor** | | | | 1,300.00 |
| Account No.<br><br>**Toby Funk**<br>**4389 CHESTNUT LN NE**<br>**PRIOR LAKE, MN 55372** | - | | 08/22/2012<br>**Promissory Note** | | | | 10,000.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **40,145.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vertical Health Solutions, Inc.** _____ ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 09/07/2012 Promissory Note | | | | |
| Val Burdick 1053 WESTCLIFF CURVE SHOREVIEW, MN 55126 | - | | | | | | | |
| | | | | | | | | 20,000.00 |
| Account No. | | | | 04/15/2011 Promissory Note | | | | |
| Vitality Systems, Inc. 630 BROOKER CREEK BLVD STE 340 OLDSMAR, FL 34677 | - | | | | | | | |
| | | | | | | | | 11,103.00 |
| Account No. | | | | 08/17/2012 Promissory Note | | | | |
| Willard Blake 10604 Raddisson Rd NE Blaine, MN 55449 | - | | | | | | | |
| | | | | | | | | 36,000.00 |
| Account No. | | | | 02/17/14 Business Reimbursement | | | | |
| William Cavanaugh 15735 51st Ave N Plymouth, MN 55446 | - | | | | | | | |
| | | | | | | | | 6,816.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **73,919.00**

Total
(Report on Summary of Schedules)    **3,026,064.00**

B6G (Official Form 6G) (12/07)

.

In re  **Vertical Health Solutions, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **1906 Digital Imaging**<br>**837 FM 1960 Road**<br>**Houston, TX 77090** | **Standard Annual Contract** |
| **Abbott Northwestern**<br>**PO Box 1583**<br>**Minneapolis, MN 55440** | **Standard Annual Contract** |
| **Advanced MRI**<br>**1709 Jumer Drive**<br>**Suite B**<br>**Bloomington, IL 61704** | **Standard Annual Contract** |
| **Advanced Orthopdedics and**<br>**Sports Medicin**<br>**Las Vegas, NV** | **Version WEST Standard Annual Contract** |
| **Advocate BroMenn Medical Center**☐☐<br>**1304 Franklin Avenue**<br>**Bloomington, IL 61704** | **Standard Annual Contract** |
| **Advocate BroMenn Outpatient Center**☐☐<br>**3024 East Empire Street**☐☐<br>**Bloomington, IL 61704** | **Standard Annual Contract** |
| **Advocate Eureka Hospital**<br>**101 S. Major Street**<br>**Eureka, IL 61530** | **Standard Annual Contract** |
| **Annie Penn Hospital**<br>**618 S. Main Street**<br>**Reldsville**<br>**Reidsville, NC 27320** | **Standard Annual Contract** |
| **Avera Sacred Heart Hospital**<br>**501 Summit**<br>**Yankton, SD 57078** | **Standard Annual Contract** |
| **Carle Foundation Hospital**<br>**610 N. Lincoln**<br>**Urbana, IL 61801** | **Standard Annual Contract** |
| **Children's Hospital & Medical Center**<br>**Attn: Lisa Harvey**<br>**Omaha, NE 68114** | **Standard Annual Contract** |

**4**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Deerbrook Diagnostics & Imaging Center**<br>**8901 FM**<br>**1960 Bypass Road West**<br>**Humble, TX 77338** | **Standard Annual Contract** |
| **Denver Metro Imaging**<br>**DBA Park Meadows Imaging**<br>**Lone Tree, CO 80124** | **Standard Annual Contract** |
| **Diagnostic Professionals, Inc.**<br>**10950 Pines Boulevard**<br>**Pembrokes Pines, FL 33026** | **Standard Annual Contract** |
| **Diagnostics Imaging Services**<br>**4241 Veterans Blvd.**<br>**Suite 200**<br>**Metairie, LA 70001** | **Stnardard Annual Contract** |
| **DRA Imaging**<br>**Attn: Accounting**<br>**Wappingers Falls, NY 12590** | **Standard Annual Contract** |
| **Eastern Idaho Regional Medical Center**<br>**3100 Channing Way**<br>**Idaho Falls, ID 83404** | **Standard One-time Contract** |
| **Elite Diagnostics**<br>**444 Holderrieth Blvd, Suite 1**<br>**Tomball, TX 77375** | **Standard Quarterly Contract** |
| **Elkhart General Healthcare System**<br>**600 East Blvd**<br>**Elkhart, IN 46514** | **Standard One-time Contract** |
| **EvergreenHealth Medical Center**<br>**12040 NE 128th Street**<br>**Kirkland, WA 98034** | **Standard Annual Contract** |
| **EvergreenHealth Medical Center**<br>**12040 NE 128th Street**<br>**Kirkland, WA 98034** | **Standard One-time Contract** |
| **FHN Memorial Hospital**<br>**1045 West Stephenson Street**<br>**Freeport, IL 61032** | **Standard Annual Contract** |
| **Galleria MRI & Diagnostics LLC**<br>**3391 Westpark Drive**<br>**Houston, TX 77005** | **Standard Monthly Contract** |

Sheet __1__ of __4__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Vertical Health Solutions, Inc.**                                          ,    Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Golder CT & MRI Center**<br>**613 N. Golder**<br>**Odessa, TX 79761** | **Standard Annual Contract** |
| **Grady Health System**<br>**80 Jesse Hill Junior Dr. SE**<br>**Atlanta, GA 30303** | **Version WEST Standard Contract** |
| **Guam Radiology Consultants**<br>**633 Govenor Carlos**<br>**Camacho Road**<br>**Guam Medical Plaza**<br>**Barrigada, GU 96913** | **Version WEST Standard Annual Contract** |
| **Hamilton Medical Center**<br>**1407 N. Thornton Avenue**<br>**Dalton, GA 30720** | **Standard One-time Contract** |
| **Harborview Medical Center**<br>**325 9th Street**<br>**Seattle, WA 98104** | **Standard One-time/ Annual Contract** |
| **Hinacom Software & Technology, Ltd**<br>**Suite B1103. Bldg XueYan**<br>**Beijing** | **Custom One-time Contract** |
| **Ken-Ton Open MRI**<br>**2882 Elmwood Avenue**<br>**Kenmore, NY 14217** | **Standard Annual Contract** |
| **Lockport MRI**<br>**170 Professional Parkway Sou**<br>**Lockport, NY 14094** | **Standard Annual Contract** |
| **Mayo Foundation for Medical**<br>**Education and Research**<br>**200 First Street SW**<br>**Rochester, MN 55905** | **Amended License Agreement** |
| **Medical Center Hospital**<br>**PO Box 7239**<br>**Odessa, TX 79760** | **Stanard Annual Contract** |
| **Medical Center of McKinney**<br>**4500 Medical Center Drive**<br>**McKinney, TX 75069** | **Standard One-time Contract** |
| **Midland CT & MRI Center**<br>**5001 Andrews Highway**<br>**Midland, TX 79703** | **Standard Annual Contract** |

Sheet __**2**__ of __**4**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Vertical Health Solutions, Inc.** _____,    Case No. _____
                                                        **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **North Star Diagnostic Img-AL 997 Raintree Circle, Ste 110 Allen, TX 75013** | **Standard Monthly Contract** |
| **North Star Diagnostic Img-FL 4951 Long Prairie Road, Ste Flower Mound, TX 75028** | **Standard Monthly Contract** |
| **Orthopedic Physicians Anchor 3801 Lake Otis Parkway, Ste Anchorage, AK 99508** | **Standard One-time contract** |
| **Overlake Hospital 1035 116th Street Ave. NE Bellevue, WA 98004** | **Version WEST Standard Contract** |
| **Paesanos Parkway Imaging 3603 Paesanos Parkway, Ste 1 San Antonio, TX 78231** | **Quarterly Standard Contract** |
| **Port Huron Hospital 1221 Pine Grove Avenue Port Huron, MI 48060** | **Standard One-time and annual contracts** |
| **Premier MRI Center 2300 53rd Avenue, Suite LL01 Bettendorf, IA 52722** | **Standard Quarterly Contract** |
| **Radiology Associates of Tallahassee Diagnostic Imaging 1623 Medical Dr. Tallahassee, FL 32308** | **Standard Quarterly Contract** |
| **Reading Hospital & Medical C 6 Spruce Street Reading, PA 19611** | **Standard Annual Contract** |
| **Rhode Island Medical Imaging 20 Catamore Blvd. East Providence, RI 02914** | **Version WEST Annual Contract** |
| **Samaritan Pacific Communitie 930 S.W.Abbey Street Newport, OR 97365** | **Standard Annual Contract** |
| **Self Regional Healthcare 1325 Spring Street Greenwood, SC 29646** | **One-time Standard Contract** |

Sheet   **3**   of   **4**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Vertical Health Solutions, Inc.** _____ ,    Case No. _____

                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Shared Medical Technology**<br>**202 W. Newton Street**<br>**Rice Lake, WI 54868** | **Standard Annual Contract** |
| **Sharp & Children's**<br>**MRI Cente**<br>**7901 Frost Street**<br>**San Diego, CA 92123** | **Standard Annual Contract** |
| **Spring Imaging Center**<br>**26218  I45 North**<br>**Spring, TX 77386** | **Standard Quarterly Contract** |
| **Stand Up Open MRI Center**<br>**4349 Loveland Street**<br>**Metairie, LA 70006** | **One-time Standard Contract** |
| **Texas Health Harris Methodis**<br>**1301 Pennsylvania Avenue**<br>**Fort Worth, TX 76104** | **Standard Annual Contract** |
| **University of Colorado**<br>**Health Center**<br>**1400 E. Boulder Street**<br>**Colorado Springs, CO 80909** | **Custom One-time Contract** |
| **University of Kansas Hospita**<br>**Attn: Steve Smith, Radiology**<br>**Kansas City, KS 66160** | **Standard Quarterly Contract** |
| **West Florida Medical Clinic**<br>**8333 North Davis Highway**<br>**Pensacola, FL 32514** | **Version WEST Annual Contract** |
| **West Houston MRI &**<br>**Diagnostics**<br>**1201 Dairy Ashford, Suite 11**<br>**Houston, TX 77079** | **Standard Quarterly Contract** |
| **West Texas Imaging Center**<br>**3520 North Muskingum**<br>**Odessa, TX 79760** | **Standard One-time Contract** |
| **Western New York MRI Center**<br>**222 Genessee Street**<br>**Buffalo, NY 14203** | **Standard Annual Contract** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Vertical Health Solutions, Inc.**         ,   Case No. _____
                                Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Vertical Health Solutions, Inc.**                                                      Case No.
                                                        Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 13, 2014**                          Signature    **/s/ William Cavanaugh**
                                                                **William Cavanaugh**
                                                                **President and CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Middle District of Florida

In re **Vertical Health Solutions, Inc.**

Case No.

Debtor(s)

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$76,183.00** | **2012: Debtor Business Income** |
| **$70,794.00** | **2013: Debtor Business Income** |
| **$12,520.00** | **2014 YTD: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$18,900.00** | **Minnesota Department of Revenue, Tax Refund, 10/28/2013.** |

B7 (Official Form 7) (04/13)

2

---

### 3. Payments to creditors

**None**
■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **William Cavanaugh**<br>**15735 51 Avenue North**<br>**Minneapolis, MN 55446** | **02/03/14** | **$9,165.18** | **$10,169.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **01/23/14** | **$20,263.40** | **$10,169.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **12/24/13** | **$4,000.00** | **$10,169.00** |
| **William Cavanaugh - Deposit to payroll**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **12/20/13** | **$4,000.00** | **$10,169.00** |
| **Elmer Salovich Revocable Trust U/A 12/16**<br>**12 Overholt Pass**<br>**Edina, MN 55435** | **01/23/14** | **$612.90** | **$45,000.00** |
| **Larry Hopfenspirger**<br>**2025 Nicollet Avenue South**<br>**#203**<br>**Minneapolis, MN 55404** | **01/23/14** | **$1,307.53** | **$96,000.00** |
| **Sheldon Fleck**<br>**4611 Browndale Ave**<br>**Edina, MN 55424** | **01/23/14** | **$681.00** | **$50,000.00** |
| **Emergent Financial Group, Inc.**<br>**3600 American Blvd. West**<br>**Minneapolis, MN 55431** | **01/23/14** | **$9,750.00** | **$0.00** |
| **Emergent Financial Group, Inc.**<br>**3600 American Blvd. West**<br>**Minneapolis, MN 55431** | **12/30/13** | **$2,730.00** | **$0.00** |
| **Emergent Financial Group, Inc.**<br>**3600 American Blvd. West**<br>**Minneapolis, MN 55431** | **01/23/14** | **$650.00** | **$0.00** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                              3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Emergent Financial Group, Inc.**<br>**3600 American Blvd. West**<br>**Minneapolis, MN 55431** | **01/30/14** | **$2,600.00** | **$0.00** |
| **Emergent Financial Group, Inc.**<br>**3600 American Blvd. West**<br>**Minneapolis, MN 55431** | **12/24/13** | **$2,600.00** | **$0.00** |
| **Emergent Financial Group, Inc.**<br>**3600 American Blvd. West**<br>**Minneapolis, MN 55431** | **12/19/13** | **$1,300.00** | **$0.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **12/20/13** | **$5,944.20** | **$36,961.00** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439** | **12/20/13** | **$5,430.35** | **$0.00** |
| **Jane Halverson**<br>**11914 70 Place N.**<br>**Osseo, MN 55369** | **12/20/13** | **$1,312.71** | **$0.00** |
| **Thomas Schissel**<br>**2003 W Blaylock**<br>**Phoenix, AZ 85085** | **12/20/13** | **$1,586.46** | **$0.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **01/03/14** | **$5,460.74** | **$36,961.00** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439** | **01/03/14** | **$4,996.66** | **$0.00** |
| **Jane Halverson**<br>**11914 70 Place N.**<br>**Osseo, MN 55369** | **01/03/14** | **$1,312.71** | **$0.00** |
| **Thomas Schissel**<br>**2003 W Blaylock**<br>**Phoenix, AZ 85085** | **01/03/14** | **$1,586.46** | **$0.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **01/21/14** | **$0.00** | **$36,961.00** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439** | **01/21/14** | **$5,012.91** | **$0.00** |
| **Jane Halverson**<br>**11914 70 Place N.**<br>**Osseo, MN 55369** | **01/21/14** | **$1,325.06** | **$0.00** |
| **Thomas Schissel**<br>**2003 W Blaylock**<br>**Phoenix, AZ 85085** | **01/21/14** | **$1,588.19** | **$0.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **01/31/14** | **$5,472.76** | **$36,961.00** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439** | **01/31/14** | **$5,012.91** | **$0.00** |

B7 (Official Form 7) (04/13)                                                                                                           4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Jane Halverson<br>11914 70 Place N.<br>Osseo, MN 55369 | 01/31/14 | $2,039.71 | $0.00 |
| Thomas Schissel<br>2003 W Blaylock<br>Phoenix, AZ 85085 | 01/31/14 | $2,706.86 | $0.00 |
| William Cavanaugh<br>15735 51st Ave N<br>Plymouth, MN 55446 | 02/14/14 | $0.00 | $36,961.00 |
| Chris Hafey<br>6520 Cherokee Trail<br>Minneapolis, MN 55439 | 02/14/14 | $5,012.91 | $0.00 |
| Jane Halverson<br>11914 70 Place N.<br>Osseo, MN 55369 | 02/14/14 | $1,325.06 | $0.00 |
| Thomas Schissel<br>2003 W Blaylock<br>Phoenix, AZ 85085 | 02/14/14 | $1,588.19 | $0.00 |
| William Cavanaugh<br>15735 51st Ave N<br>Plymouth, MN 55446 | 02/28/14 | $5,472.76 | $36,961.00 |
| Chris Hafey<br>6520 Cherokee Trail<br>Minneapolis, MN 55439 | 02/28/14 | $5,012.91 | $0.00 |
| Jane Halverson<br>11914 70 Place N.<br>Osseo, MN 55369 | 02/28/14 | $1,325.06 | $0.00 |
| Thomas Schissel<br>2003 W Blaylock<br>Phoenix, AZ 85085 | 02/28/14 | $1,588.19 | $0.00 |

None    c.   *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐         creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
          spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| William Cavanaugh<br>15735 51st Ave N<br>Plymouth, MN 55446<br>    Employee | 03/10/13 - 03/10/14 | $213,039.00 | $36,961.00 |
| Chris Hafey<br>6520 Cherokee Trail<br>Minneapolis, MN 55439<br>    Employee | 03/10/13 - 03/10/14 | $195,000.00 | $0.00 |
| William Cavanaugh<br>15735 51st Ave N<br>Plymouth, MN 55446<br>    Corporate American Express | 04/25/13 | $10,522.00 | $10,169.00 |
| William Cavanaugh<br>15735 51st Ave N<br>Plymouth, MN 55446<br>    Corporate American Express | 05/28/13 | $14,113.00 | $10,169.00 |

B7 (Official Form 7) (04/13)    5

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **Corporate American Express** | **06/21/13** | **$7,745.00** | **$10,169.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **Corporate American Express** | **11/04/13** | **$11,265.00** | **$10,169.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **Corporate American Express** | **01/23/14** | **$20,263.00** | **$10,169.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **Corporate American Express** | **02/13/14** | **$9,165.00** | **$10,169.00** |

### 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
■
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.   Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          6

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **León Cosgrove, LLC 255 Alhambra Circle, Suite 424 Coral Gables, FL 33134** | **02/14/14** | **$25,000.00** |
| **León Cosgrove, LLC 255 Alhambra Circle, Suite 424 Coral Gables, FL 33134** | **03/12/14** | **$1,200.00** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
7

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **7760 France Ave S.**<br>**11th Floor**<br>**Minneapolis, MN 55435** | | **12/01/2010  - 10/31/2013** |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)                                                                                            8

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None □   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **OnPoint Medical Diagnostics, Inc.** | **26-4752972** | **15735 51st Ave N Plymouth, MN 55446** | | **02/01/2011 - Present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
9

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mark Stege**<br>**221 1 Avenue S.W.**<br>**Suite 300**<br>**Rochester, MN 55902** | **01/01/2011 - Present** |
| **James Marolt**<br>**615 River Birch PL**<br>**Circle Pines, MN 55014** | **04/31/2012 - 11/30/13** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Moquist Thorvilson Kaufmann**<br>**Kennedy & Pi** | **7650 Edinborough Way**<br>**Suite 225**<br>**Minneapolis, MN 55435** | **04/24/2010 - 08/13/2013** |
| **BDO USA** | **7650 Edinborough Way**<br>**Suite 225**<br>**Edina, MN 55435** | **08/13/13 - Present** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mark Stege** | **221 1 Avenue S.W.**<br>**Suite 300**<br>**Rochester, MN 55902** |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    10

None   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.


DATE OF INVENTORY

**NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS**

---

### 21 . Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **Common Stock** | **5.01** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439** | **None** | **0.00** |
| **Gus Chafoulias**<br>**221 1st Avenue SW**<br>**Suite 300**<br>**Rochester, MN 55902** | **Common Stock** | **7.02** |
| **Mayo Foundation for Medical Education an**<br>**200 First Street SW**<br>**Rochester, MN 55905** | **Common Stock** | **7.95** |
| **Richard and Jaci Foundation**<br>**2811 Westwood Rd S**<br>**Wayzata, MN 55391** | **Common Stock** | **7.15** |
| **Lindstrom Family Limited Partnership #2**<br>**2811 Westwood Road S**<br>**Wayzata, MN 55391** | **Common Stock** | **4.74** |
| **Marie Elizabeth Briden**<br>**35 Willow Woods Drive**<br>**Tonka Bay, MN 55331** | **Common Stock** | **5.22** |

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446** | **President and CEO** | **5.01** |
| **Gus Chafoulias**<br>**221 1st Avenue SW**<br>**Suite 300**<br>**Rochester, MN 55902** | **Director** | **7.02** |
| **Mayo Foundation for Medical Education an**<br>**200 First Street SW**<br>**Rochester, MN 55905** | **Shareholder** | **7.95** |
| **Richard and Jaci Lindstrom Foundation**<br>**2811 Westwood Rd S**<br>**Wayzata, MN 55391** | **Shareholder** | **7.15** |
| **Marie Elizabeth Briden**<br>**35 WILLOW WOODS DRIVE**<br>**TONKA BAY, MN 55331** | **Shareholder** | **5.22** |

B7 (Official Form 7) (04/13)

11

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Richard Lindstrom<br>2811 Westwood Road S<br>Wayzata, MN 55391 | Director | 01/15/14 |
| Blake Whitney<br>5380 Gulf of Mexico Dr.<br>Suite 105<br>Longboat Key, FL 34228 | Director | 08/29/13 |
| Percy Tomlinson<br>100 Bayview Circle<br>Suite 400<br>Newport Beach, CA 92660 | Director | 08/28/13 |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|
| William Cavanaugh<br>15735 51st Ave N<br>Plymouth, MN 55446<br>    CEO and President | 03/15/2013 - Payroll | $9,615.39 |
| Chris Hafey<br>6520 Cherokee Trail<br>Minneapolis, MN 55439<br>    Chief Technoloy Officer | 03/15/2013 - Payroll | $7,500.00 |
| William Cavanaugh<br>15735 51st Ave N<br>Plymouth, MN 55446<br>    President and CEO | 03/29/2013 - Payroll | $9,615.39 |
| Chris Hafey<br>6520 Cherokee Trail<br>Minneapolis, MN 55439<br>    Chief Technology Officer | 03/29/13 - Payroll | $7,500.00 |
| William Cavanaugh<br>15735 51st Ave N<br>Plymouth, MN 55446<br>    President and CEO | 04/12/2013 - Payroll | $9,615.39 |
| Chris Hafey<br>6520 Cherokee Trail<br>Minneapolis, MN 55439<br>    Chief Technology Officer | 04/12/13 - Payroll | $7,500.00 |

B7 (Official Form 7) (04/13)                                                                                    12

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **04/26/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Chief Technology Officer** | **04/26/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **05/10/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Chief Technology Officer** | **05/10/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **05/24/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Chief Technology Officer** | **05/24/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **06/07/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **06/07/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **06/21/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **06/21/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **07/05/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **07/05/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **07/19/13 - Payroll** | **$9,615.39** |

B7 (Official Form 7) (04/13)                                                                                                                          13

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Chris Hafey** <br> **6520 Cherokee Trail** <br> **Minneapolis, MN 55439** <br>     **Cheif Technology Officer** | **07/19/2013 - Payroll** | **$7,500.00** |
| **William Cavanaugh** <br> **15735 51st Ave N** <br> **Plymouth, MN 55446** <br>     **President and CEO** | **08/02/13 - Payroll** | **$9,615.39** |
| **Chris Hafey** <br> **6520 Cherokee Trail** <br> **Minneapolis, MN 55439** <br>     **Cheif Technology Officer** | **08/02/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh** <br> **15735 51st Ave N** <br> **Plymouth, MN 55446** <br>     **President and CEO** | **08/16/13- Payroll** | **$3,500.00** |
| **Chris Hafey** <br> **6520 Cherokee Trail** <br> **Minneapolis, MN 55439** <br>     **Cheif Technology Officer** | **08/16/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh** <br> **15735 51st Ave N** <br> **Plymouth, MN 55446** <br>     **President and CEO** | **08/30/13 - Payroll** | **$9,615.39** |
| **Chris Hafey** <br> **6520 Cherokee Trail** <br> **Minneapolis, MN 55439** <br>     **Cheif Technology Officer** | **08/30/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh** <br> **15735 51st Ave N** <br> **Plymouth, MN 55446** <br>     **President and CEO** | **09/13/13 - Payroll** | **$9,615.39** |
| **Chris Hafey** <br> **6520 Cherokee Trail** <br> **Minneapolis, MN 55439** <br>     **Cheif Technology Officer** | **09/13/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh** <br> **15735 51st Ave N** <br> **Plymouth, MN 55446** <br>     **President and CEO** | **09/27/13 - Payroll** | **$9,615.39** |
| **Chris Hafey** <br> **6520 Cherokee Trail** <br> **Minneapolis, MN 55439** <br>     **Cheif Technology Officer** | **09/27/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh** <br> **15735 51st Ave N** <br> **Plymouth, MN 55446** <br>     **President and CEO** | **10/11/13 - Payroll** | **$0.00** |
| **Chris Hafey** <br> **6520 Cherokee Trail** <br> **Minneapolis, MN 55439** <br>     **Cheif Technology Officer** | **10/11/13 - Payroll** | **$7,500.00** |

B7 (Official Form 7) (04/13)                                                                                        14

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **10/25/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **10/25/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **11/08/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **11/08/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **11/22/13 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **11/22/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **12/06/13 - Payroll** | **$0.00** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **12/06/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **12/20/13- Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **12/20/13 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **01/03/14 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>    **Cheif Technology Officer** | **01/03/14 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>    **President and CEO** | **01/17/14 - Payroll** | **$0.00** |

B7 (Official Form 7) (04/13)                                                                                          15

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>**Cheif Technology Officer** | **01/17/14 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>**President and CEO** | **01/31/14 - Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>**Cheif Technology Officer** | **01/31/14 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>**President and CEO** | **02/14/14 - Payroll** | **$0.00** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>**Cheif Technology Officer** | **02/14/14 - Payroll** | **$7,500.00** |
| **William Cavanaugh**<br>**15735 51st Ave N**<br>**Plymouth, MN 55446**<br>**President and CEO** | **02/28/14- Payroll** | **$9,615.39** |
| **Chris Hafey**<br>**6520 Cherokee Trail**<br>**Minneapolis, MN 55439**<br>**Cheif Technology Officer** | **02/28/14 - Payroll** | **$7,500.00** |

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)                                                                                                                                                                16

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   __**March 13, 2014**_____          Signature   **/s/ William Cavanaugh**_____
                                                                                    **William Cavanaugh**
                                                                                    **President and CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Vertical Health Solutions, Inc.**                               ,

                                   Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Advest, Inc. MO**<br>**1300 MERRILL LYNCH DR**<br>**Pennington, NJ 08534** | | **1** | |
| **Alfredo Scalzo Tod**<br>**3718 JACMEL WAY**<br>**Palm Harbor, FL 34685** | | **72,516** | |
| **Alice Jean Harrrison**<br>**8725 MCCUTCHEONVILLE RD**<br>**Wayne, OH 43466** | | **3** | |
| **Amiad Hasan**<br>**718 FRONT STREET**<br>**Lahaina, HI 96761** | | **10,000** | |
| **Angeline Brown & Isaac Brown**<br>**5035 CHESWICK DR**<br>**Solon, OH 44139** | | **1** | |
| **Ashser Low**<br>**7 TORI CT**<br>**Lakewood, NJ 08701** | | **51** | |
| **ATC As Cust for Roth Cont**<br>**William L. Seal**<br>**5940 Winding way**<br>**Sylvania, OH 43560** | | **31** | |
| **Barbara A. Terry**<br>**216 S. Mansfield Ave. Apt 2**<br>**Los Angeles, CA 90036** | | **2,000** | |
| **Bashar Diab**<br>**PO BOX 202133**<br>**Minneapolis, MN 55420** | | **6,125** | |
| **Basque Financial**<br>**180 NEWPORT CTR DR STE 180**<br>**Palm Desert, CA 92260** | | **50,000** | |
| **Benton Case Jr.**<br>**2770 GALE RD**<br>**Wayzata, MN 55391** | | **3,063** | |

___**30**___ continuation sheets attached to List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Betty Bockman &**<br>**Robert W. Bockman**<br>**1486 BLUE HERON POINT**<br>**Manning, SC 29102** | | **1** | |
| **Bill Thompson**<br>**937 BAVARIA HILL TERRACE**<br>**Chaska, MN 55318** | | **18,697** | |
| **Blake Whitney**<br>**5380 Gulf of Mexico Dr.**<br>**Suite 105**<br>**Longboat Key, FL 34228** | | **66,732** | |
| **Blue River Properties, LLP**<br>**Lowell Lawrence Hancuh**<br>**3725 BURGUNDY DR**<br>**Saint Paul, MN 55122** | | **6,800** | |
| **Bradford C. Richter**<br>**21150 EXCELSIOR BLVD**<br>**Excelsior, MN 55331** | | **34,177** | |
| **Bradley D Fike**<br>**Taylor Dean Fike**<br>**155 Franklin Ct.**<br>**Smithville, OH 44677** | | **1** | |
| **Brian Christopher Boyenger**<br>**Roth Contributory IRA**<br>**3065 River Ridge Rd**<br>**Pfafftown, NC 27040** | | **7** | |
| **Brian Karlen**<br>**1108 8TH ST**<br>**Marathon, WI 54448** | | **9,800** | |
| **Brian Zinser**<br>**8502 HEEREN ST**□□<br>**Schofield, WI 54476** | | **6,125** | |
| **Bruce Flora**<br>**and Cynthia Flora**<br>**3503 S MOUNTAIN ROAD**<br>**Minneapolis, MN 55401** | | **2,940** | |
| **Bruce Foreman**<br>**5301 AYRSHIRE BLVD**<br>**EDINA, MN 55436** | | **7,924** | |

Sheet __1__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                              ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cabo Canyon LLC**<br>**125 Half Mile Road**<br>**Red Bank, NJ 07701** | | **52** | |
| **Cani I Shuman**<br>**1306 WALTER WEBB DR**<br>**Apt 503**<br>**Sevierville, TN 37862** | | **59** | |
| **Carol Dore-Falcone**<br>**3030 CEDAR TRCE**<br>**Tarpon Springs, FL 34688** | | **59** | |
| **Charles Christopher Bercaw**<br>**2601 W 52 Street**<br>**Minneapolis, MN 55410** | | **23,659** | |
| **Charles Harner**<br>**2512 CANYON CREEK DR**<br>**Hinckley, OH 44233** | | **9** | |
| **Charles Joseph Larson &**<br>**Maryanne**<br>**501 AVONWORTH HEIGHTS DR**<br>**Pittsburgh, PA 15237** | | **7** | |
| **Charles Pihl**<br>**4567 AMERICAN BLVD W**<br>**Minneapolis, MN 55437** | | **20,000** | |
| **Charles R. Crist Sr.**<br>**3820 LAWRENCEVILLE DR**<br>**Springfield, OH 45504** | | **9** | |
| **Charles Sanford**<br>**PO Box 8125**<br>**Tampa, FL 33674** | | **92** | |
| **Christine L. Engebretson**<br>**12731 CO RD 27 SW**<br>**Farwell, MN 56327** | | **6,125** | |
| **Christopher N. Olson**<br>**673 NEBRASKA AVE E**<br>**Saint Paul, MN 55106** | | **3,161** | |
| **Citadel Securities LLC**<br>**131 SOUTH DEARBORN STREET**<br>**32nd Floor**<br>**Chicago, IL 60660** | | **1** | |

Sheet __2__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                     ,    Case No. _____

                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clarence Hoye**<br>**P.O. Box 88**<br>**Williamsfield, OH 44093** | | **1** | |
| **Comstock Land Co. LLC**<br>**PO BOX 10976**<br>**FARGO, ND 58106** | | **171,490** | |
| **Craig M. Watkins IRA**<br>**7048 Toledo Ct**<br>**Huntington Beach, CA 92648** | | **12,249** | |
| **Craig Stevenson**<br>**1237 BOULDER CIR**<br>**FERGUS FALLS, MN 56537** | | **138,842** | |
| **Craig Watkins**<br>**7048 Watkins**<br>**Huntington Beach, CA 92648** | | **12,249** | |
| **Dan Schulte**<br>**512 CARRIAGE LANE**<br>**HUDSON, WI 54016** | | **20,000** | |
| **Daniel C. Schulte**<br>**512 CARRIAGE LANE**<br>**HUDSON, WI 54016** | | **3,675** | |
| **Daniel Nourie**<br>**1804 SUNRAN AVE**<br>**Mankato, MN 56001** | | **25,000** | |
| **Daniel Nourie**<br>**1804 SUNRAN AVE**<br>**Mankato, MN 56001** | | **10,000** | |
| **Darnell L. Leffel**<br>**Holtman Road**<br>**Minneapolis, MN 55484** | | **24,499** | |
| **Daryl and Margaret McNab**<br>**26120 DODD BLVD**<br>**LAKEVILLE, MN 55044** | | **5,750** | |
| **Daryl Skiba**<br>**5049 BELMONT AVENUE S**<br>**Minneapolis, MN 55419** | | **56,128** | |
| **Dave Knight & Patty Knights**<br>**N6220 4TH COURT**<br>**Plainfield, WI 54966** | | **6,125** | |

Sheet __3__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                      ,    Case No. _____

                                                   Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Drummer**<br>**30 MAP DRIVE**□□<br>**Mankato, MN 56001** | | **202,419** | |
| **David Drummer**<br>**30 MAP DRIVE**□□<br>**Mankato, MN 56001** | | **90,000** | |
| **David H. Boyne & Linda**<br>**J. Boyne**<br>**10324 E NACOMA DR**<br>**Chandler, AZ 85248** | | **1** | |
| **David Hintermeister**<br>**Lisa Hintermeister**<br>**7020 James Ave S.**<br>**Minneapolis, MN 55423** | | **29,718** | |
| **David L. Perry**<br>**4011 Marion Johnson Road**<br>**Albany, OH 45710** | | **1** | |
| **David L. Walker Sr.**<br>**34668 GLEN DRIVE**<br>**Eastlake, OH 44095** | | **1** | |
| **David Mortenson &**<br>**Denise Mortenson**<br>**685-5 Chandlers Path**<br>**Aurora, OH 44202** | | **360** | |
| **Dean Jacklitch**<br>**16620 54th Court N.**<br>**Minneapolis, MN 55446** | | **32,658** | |
| **Dean P Jacklitch**<br>**16620 54TH COURT N**<br>**Plymouth, MN 55446** | | **9,800** | |
| **Deborah A. Sobonya**<br>**676 LANDER DRIVE**<br>**Cleveland, OH 44143** | | **1** | |
| **Delores Falasco**<br>**PO Box 1253**<br>**Andover, OH 44003** | | **1** | |
| **Dennis Devetter & Roberta**<br>**Devetter**<br>**9925 River Edge Drive**<br>**Marshfield, WI 54449** | | **60,970** | |

Sheet  __4__  of  __30__  continuation sheets attached to the List of Equity Security Holders

In re  **Vertical Health Solutions, Inc.**                                    ,      Case No. _____

                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dennis J. Holand**<br>**131 6th Ave S.**<br>**Suite 150**<br>**Waite Park, MN 56387** | | **2,450** | |
| **Dennis L. Paul**<br>**839 E 63rd Street**<br>**Cleveland, OH 44103** | | **1** | |
| **Dianne H. B Welsh**<br>**2409 PHILADELPHIA LAKE CT**<br>**Greensboro, NC 27408** | | **244** | |
| **Donald Davidson & Joanne Davidson**<br>**568 Keene Ave.**<br>**  MN 55351** | | **24,499** | |
| **Donald Haberman**<br>**2710 Pence Lane**<br>**Gaylord, MN 55334** | | **50,000** | |
| **Donald L. Witter & Carol A. Witter**<br>**27480 Richview Ct.**<br>**Bonita Springs, FL 34135** | | **772** | |
| **Donald Schreifels**<br>**3800 85th Avenue N.**<br>**#303**<br>**Minneapolis, MN 55443** | | **600,000** | |
| **Douglas A. Parsell**<br>**PO Box 83**<br>**Upper Sandusky, OH 43351** | | **1** | |
| **Douglas Pietig**<br>**1424 Woodlawn Beach**<br>**Buffalo, MN 55313** | | **6,125** | |
| **Douglas Watters**<br>**PO Box 550**<br>**Odessa, FL 33556** | | **606** | |
| **Dr. James P. Argires & Tasia Argires**<br>**245 Eshelman Road**<br>**Lancaster, PA 17601** | | **6,125** | |

Sheet  **5**  of  **30**  continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**_____ ,    Case No. _____

_____Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Drew A. Willoughby & Susan A. Willoughby**<br>**204 East Lake Court**<br>**Seneca, SC 29672** | | **6,125** | |
| **Ebner Family Trust**<br>**Raymond J. Ebner Jr. and Donna M. Ebner**<br>**16820 Bardbury Ave.**<br>**Cleveland, OH 44130** | | **2** | |
| **Edward D. Jones & Co Custodian**<br>**PO Box 550**<br>**Odessa, FL 33556** | | **34** | |
| **Edward Gamary & Louise Gamary**<br>**2052 Reveley Avenue**<br>**Lakewood, OH 44107** | | **1** | |
| **Elmer Salovich Revocable Trust - UAD 12/16/1996**<br>**12 Overholt Pass**<br>**Edina, MN 55435** | | **12,500** | |
| **Esstech Holdings Ltd.**<br>**Anderson Square Bldg.**<br>**PO Box 866**<br>**Grand Cayman** | | **244,986** | |
| **Executive Decisions, Inc.**<br>**8300 50th Ave N.**<br>**Minneapolis, MN 55428** | | **3,063** | |
| **First National Bank for Mark Lehmkuhl**<br>**120 North Street**<br>**Bellevue, OH 44811** | | **886** | |
| **First National Bank for Diane M. Zam**<br>**120 North Street**<br>**Bellevue, OH 44811** | | **915** | |
| **Firstrade Securities**<br>**133-25 37TH AVENUE**<br>**Flushing, NY 11354** | | **9** | |

Sheet **6** of **30** continuation sheets attached to the List of Equity Security Holders

In re   **Vertical Health Solutions, Inc.**                  ,    Case No. _____

<div align="center">Debtor</div>

# LIST OF EQUITY SECURITY HOLDERS
<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FMT Co Cust IRA**<br>**FBO Julie M. Nugent**<br>**12913 ROYAL GEORGE AVE**<br>**Odessa, FL 33556** | | 62 | |
| **FMT Co Cust IRA Rollover**<br>**FBO Julie M. Nugent**<br>**12913 ROYAL GEORGE AVE**<br>**Odessa, FL 33556** | | 28 | |
| **FMT Co Cust IRA SEPP**<br>**FBO Mario J. Mejia**<br>**28 Roberts Street**<br>**New Britain, CT 06051** | | 3 | |
| **Francis C. Harrell**<br>**5650 Sanctuary Dr. NE**<br>**Ada, MI 49301** | | 15,000 | |
| **Franics J. Lamb Ttee**<br>**Equine Trust**<br>**91 Mays Landing Road**<br>**Somers Point, NJ 08244** | | 100,000 | |
| **Frank J. Demarco**<br>**14107 S. Shore Drive**<br>**Clive, IA 50325** | | 6,125 | |
| **Fred Bearison**<br>**4504 Country Gate Ct.**<br>**Valrico, FL 33596** | | 94 | |
| **Fred J. Williams**<br>**310 5th Street**<br>**Arthur, ND 58006** | | 100,000 | |
| **Frederick Richter**<br>**103 Edgewood Ct.**<br>**Wayzata, MN 55391** | | 7,928 | |
| **Gary Arnold Bond &**<br>**Dena Louise Bond**<br>**37 South Berkeley Ave. #2**<br>**Pasadena, CA 91107** | | 1,400 | |
| **Gary Eikaas**<br>**4707 Coffey Lane**<br>**Minneapolis, MN 55406** | | 25,000 | |

Sheet  **7**  of  **30**  continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____

                                         Debtor

# LIST OF EQUITY SECURITY HOLDERS
#### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Gary Guerndt &<br>Debra Guerndt<br>8201 Ryan Street<br>Schofield, WI 54476** | | **24,499** | |
| **Gene Happe<br>2909 WOODS TRAIL S<br>BURNSVILLE, MN 55306** | | **12,249** | |
| **Gene R. Josephs &<br>Irene M. Josephs<br>956 Bidwell Street<br>Saint Paul, MN 55118** | | **6,125** | |
| **George A. Dougal<br>12154 Blaine Street<br>Scott, OH 45886** | | **28** | |
| **George A. Klemmer<br>10303 Hillside Lane West<br>Hopkins, MN 55305** | | **27,179** | |
| **George Danko<br>1510 Green Trees Road<br>Wayzata, MN 55391** | | **20,000** | |
| **George Klemmer<br>10303 Hillside Lane West<br>Hopkins, MN 55305** | | **13,384** | |
| **Gerald J. Bauer<br>9340 Hwy 10 NW<br>Anoka, MN 55303** | | **2,450** | |
| **Glenn E. Mulholland<br>1631 Teton Court SW<br>Rochester, MN 55906** | | **6,125** | |
| **Gloria Nido Braun &<br>Phillip G. Braun<br>17736 SE 115 Court<br>Summerfield, FL 34491** | | **1** | |
| **Greg Gentling<br>4417 ETTENMOOR LANE SW<br>ROCHESTER, MN 55902** | | **489,973** | |
| **Gregory D. Farnam<br>4919 Coventry Road West<br>Minnetonka, MN 55345** | | **6,125** | |

Sheet __8__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re   **Vertical Health Solutions, Inc.** _____ ,   Case No. _____

_____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gus Chafoulias**<br>**221 1st Avenue SW**<br>**Suite 300**<br>**Rochester, MN 55902** | | **981,219** | |
| **Harold F. Heath**<br>**8429 Oshaukuta Rd.**<br>**Poynette, WI 53955** | | **1.225** | |
| **HF Financial LLC**<br>**701 SPOTTIS WOODE LANE**<br>**Clearwater, FL 33756** | | **25** | |
| **Hill Family Foundation**<br>**700 High Street**<br>**Denver, CO 80218** | | **92** | |
| **Howard Ives & Elizabeth Ives**<br>**4735 Countrywood Dr SE**<br>**Rochester, MN 55904** | | **3,185** | |
| **Howard Manske**<br>**309 N 136 Avenue**<br>**Marathon, WI 54448** | | **24,499** | |
| **Howard Manske**<br>**309 N. 136 Ave**<br>**Marathon, WI 54448** | | **6,321** | |
| **Howard Manske**<br>**309 N 136 Ave.**<br>**Marathon, WI 54448** | | **10829** | |
| **Husein Sarameh**<br>**108 Jade Lane**<br>**Mankato, MN 56001** | | **25,000** | |
| **Husein Y Sarameh**<br>**108 Jade Lane**<br>**Mankato, MN 56001** | | **39,536** | |
| **Illinois State Treasurer**<br>**1 West Old State Capital**<br>**Plza**<br>**Ste 400**<br>**Springfield, IL 62701** | | **1** | |
| **IRA FBO Stephen M. Warters**<br>**Pershing LLC**<br>**PO BOx 550**<br>**Odessa, FL 33556** | | **26** | |

Sheet   **9**   of   **30**   continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.** _____ ,    Case No. _____
                                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **IRA Resources Inc.**<br>**FBO Michael S. Olson IRA**<br>**6825 La Jolla Blvd**<br>**La Jolla, CA 92037** | | **48,997** | |
| **IRA Resources Inc.**<br>**FBO Kevin Miller**<br>**6825 La Jolla Blvd.**<br>**La Jolla, CA 92037** | | **24,499** | |
| **IRA Resources Inc.**<br>**FBO Ronald R. Runick**<br>**6825 LA Jolla Blvd.**<br>**La Jolla, CA 92037** | | **24,499** | |
| **IRA Resources Inc.**<br>**FBO Kelly Tighe IRA**<br>**6825 La Jolla Blvd**<br>**La Jolla, CA 92037** | | **8,849** | |
| **IRA Resources Inc.**<br>**FBO Terry Thirion IRA**<br>**6825 La Jolla Blvd.**<br>**La Jolla, CA 92037** | | **7,839** | |
| **IRA Resources Inc.**<br>**FBO Jonathan Jacobs IRA**<br>**6825 La Jolla**<br>**La Jolla, CA 92037** | | **7,350** | |
| **IRA Resources Inc.**<br>**FBO Carol V. Thirion IRA**<br>**6825 La Jolla Blvd**<br>**La Jolla, CA 92037** | | **4,410** | |
| **IRA Resources, Inc.**<br>**FBO John W. Schreiner IRA**<br>**6825 La Jolla Blvd.**<br>**La Jolla, CA 92037** | | **2,333** | |
| **IRA Thompson**<br>**684 Egret Walk Lane**<br>**Venice, FL 34292** | | **1** | |
| **Irene Candy**<br>**263 Abbot Ave.**<br>**Columbus, OH 43085** | | **1** | |
| **Jack S. Faulkner TTEE**<br>**Mary V. Gaulkner TTEE**<br>**9474 Woodhaven Road**<br>**Jacksonville, FL 32257** | | **5,000** | |

Sheet __10__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____

                                   Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jacob Trogstad**<br>**3645 Cameo Lane NE**<br>**Rochester, MN 55906** | | **150** | |
| **Jad Hark**<br>**2724 Edinbrook Terrace N.**<br>**Minneapolis, MN 55443** | | **3,062** | |
| **JAG Trading LLC**<br>**7125 Orchard Lake Rd.**<br>**Suite 300**<br>**West Bloomfield, MI 48322** | | **18,250** | |
| **James Behm**<br>**3937 37TH STREET COURT WEST**<br>**BRADENTON, FL 34205** | | **25,000** | |
| **James D. Hecht**<br>**935 Elridge Rd**<br>**Ste 257**<br>**Sugar Land, TX 77478** | | **2** | |
| **James E. Harte**<br>**KAren D. Harte**<br>**10113 Hayfield Way**<br>**Tampa, FL 33626** | | **4** | |
| **Janice Waterhouse**<br>**4274 Sequoia Drive**<br>**Saint Paul, MN 55122** | | **10,000** | |
| **Jared Steven Nafziger**<br>**251 El Dorado Way**<br>**Pismo Beach, CA 93449** | | **1,000** | |
| **Jay Elshoff**<br>**13110 Elshoff Drive**<br>**Saint Marys, OH 45885** | | **5** | |
| **Jeffrey M. Williams**<br>**1511 Estero Blvd**<br>**Apt 203**<br>**Fort Myers Beach, FL 33931** | | **43,785** | |
| **Jennifer J. Arbore**<br>**1160 Channing Wood Dr.**<br>**Webster, NY 14580** | | **7** | |
| **Jerold P. Fahrner Trust**<br>**PO Box 274**<br>**Plover, WI 54467** | | **61,247** | |

Sheet __11__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____

_____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jesse Eli Estes**<br>**5917 South 700 West**<br>**Salt Lake City, UT 84107** | | **7** | |
| **Joe A. Bidlack**<br>**5418 Lake Drive**<br>**Celina, OH 45822** | | **582** | |
| **Joe Elder**<br>**909 Apollo Road**<br>**Saint Paul, MN 55121** | | **30,999** | |
| **John E. Happe**<br>**1701 PRAIRIE HILL RD**<br>**ST CLOUD, MN 56301** | | **7,350** | |
| **John Guerndt &**<br>**Jennifer Guerndt TTES**<br>**371 Scout Road**<br>**Mosinee, WI 54455** | | **24,499** | |
| **John Schoettelkotte**<br>**7277 Jethue Lane**<br>**Cincinnati, OH 45243** | | **2** | |
| **John Schreiner**<br>**R5689 State Highway 97**<br>**Athens, WI 54411** | | **42,138** | |
| **John Straight**<br>**200 Paseo De Garcia**<br>**Redondo Beach, CA 90277** | | **6,125** | |
| **John W. Schreiner**<br>**R5869 State Highway 97**<br>**Athens, WI 54411** | | **6,859** | |
| **Joleen M. Happe**<br>**2909 Woods Trail**<br>**Burnsville, MN 55306** | | **2,450** | |
| **Jon Vandehey**<br>**Annette Vandehey**<br>**1945 Green Tree Road**<br>**Junction City, WI 54443** | | **36,748** | |
| **Jonathan Jacobson**<br>**7737 Maas Drive**<br>**Verona, WI 53593** | | **3,675** | |

Sheet __12__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                  ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Juan G Eustace**<br>**4775 Beech Street SE**<br>**Smyrna, GA 30080** | | **2** | |
| **Jubran Jobran**<br>**719 Front Street**<br>**Lahaina, HI 96761** | | **10,000** | |
| **Julie M. Nugent &**<br>**Brian Nugent**<br>**12913 Royal George Ave.**<br>**Odessa, FL 33556** | | **123** | |
| **Julie Nugent**<br>**10329 Green Links Dr**<br>**Tampa, FL 33626** | | **581** | |
| **Katherine P. White**<br>**5300 Highwood Dr. W**<br>**Minneapolis, MN 55436** | | **56,890** | |
| **Katherine P. White TTEE**<br>**5300 Highwood Dr W.**<br>**Minneapolis, MN 55436** | | **40,000** | |
| **Kenneth C Ceiger TTEE**<br>**3141 Ridgely Tract RD**<br>**Heath, OH 43056** | | **3** | |
| **Kevin Clark**<br>**3841 Red Cedar Point Dr.**<br>**Chesterland, OH 44026** | | **100,000** | |
| **Kevin Molloy**<br>**4200 Meadowridge Drive SW**<br>**Rochester, MN 55902** | | **131,219** | |
| **Kim E. Hopkins &**<br>**Virginia L. Hopkins**<br>**Chesterland, OH 44026** | | **17** | |
| **Kristen Watters**<br>**5010 Avenue Avignon**<br>**Odessa, FL 33556** | | **279** | |
| **Kurt Lichtman**<br>**One Morton Square**<br>**New York, NY 10014** | | **24,499** | |

Sheet __13__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re **Vertical Health Solutions, Inc.** ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Larry Alan Busse**<br>**1001 Country Rd C**<br>**Mosinee, WI 54455** | | **6,125** | |
| **Larry B. Taylor**<br>**4727 Pumwood Drive**<br>**West Des Moines, IA 50265** | | **3,675** | |
| **Larry Hopfenspirger**<br>**2025 Nicollet Avenue South**<br>**#203**<br>**Minneapolis, MN 55404** | | **12,500** | |
| **Leafuse E. Taylor**<br>**IRA VFTC AS Custodian**<br>**1280 Kensignton Blvd.**<br>**Calera, AL 35040** | | **1** | |
| **Leo F. Sanderson &**<br>**Marcia L. Sanderson**<br>**12987 US RTE 127 S**<br>**Van Wert, OH 45891** | | **1** | |
| **Leona Kardish**<br>**31741 Rancho Viejo Rd.**<br>**San Juan Capistrano, CA 92675** | | **50,000** | |
| **Leonardo M. Leenheer &**<br>**Barbara M. Leengeer**<br>**10906 Baron Drive**<br>**Cleveland, OH 44130** | | **1** | |
| **Lindstrom Limited**<br>**Partnership #2**<br>**Wayzata, MN 55391** | | **662,094** | |
| **Louis Doering**<br>**2182 Rosewood Lane**<br>**Saint Paul, MN 55113** | | **50,000** | |
| **Lowell Hancuh**<br>**3725 Burgundy Drive**<br>**Saint Paul, MN 55122** | | **50,000** | |
| **Lynn O. Waltermire**<br>**2209 Stratford Road**<br>**Delaware, OH 43015** | | **24,499** | |
| **Marguerite B. Hark**<br>**2724 Edinbrook Terrace N.**<br>**Minneapolis, MN 55443** | | **6,125** | |

Sheet __14__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                            ,    Case No. _____

                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marie Elizabeth Briden**<br>**35 Willow Woods Drive**<br>**Excelsior, MN 55331** | | **729,882** | |
| **Mario Digironimo &**<br>**John Digronimo**<br>**7179 Ruskin Lane**<br>**# 373**<br>**Upper Darby, PA 19082** | | **10** | |
| **Marjorie M. Maske**<br>**309 N 136th Ave**<br>**Marathon, WI 54448** | | **6,125** | |
| **Mark A. Disalvo**<br>**1001 Corbett Canyon Road**<br>**Arroyo Grande, CA 93420** | | **106,368** | |
| **Mark Heuer**<br>**232 CHICAGO AVE N**<br>**WAYZATA, MN 55391** | | **34,171** | |
| **Mark L. Steege**<br>**5212 Nicklaus NW**<br>**Rochester, MN 55901** | | **20,000** | |
| **Mark Plunkett**<br>**8408 Windsor Dr**<br>**Schofield, WI 54476** | | **3,063** | |
| **Market Maker**<br>**PBXP Thomas Matchett**<br>**677 Washington Blvd.**<br>**Stamford, CT 06901** | | **331** | |
| **Martin Dehen & Carrie Dehen**<br>**4170 Orchid Lane**<br>**Minneapolis, MN 55446** | | **12,249** | |
| **Martin G. Nolan &**<br>**Ann B. Nolan**<br>**19550 Winding Trail**<br>**Strongsville, OH 44149** | | **1** | |
| **Marvin D. Olson and Myrna**<br>**W. Olson**<br>**100 Meadow Circle North**<br>**Burnsville, MN 55337** | | **173,963** | |

Sheet __15__ of __30__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____

_____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mary Antoinette Holmes & Kristin Garrison PO Box 241785 Anchorage, AK 99524** | | 1,000 | |
| **Mary Carpaneto 137 Ingraham Lane New Hyde Park, NY 11040** | | 2,000 | |
| **Mary F. Hauser 1435 Durand CT SE Rochester, MN 55904** | | 12,249 | |
| **Mary-Lou Siefer 1021 Stewart Road Kent, OH 44240** | | 1 | |
| **Matthew Jon Paul De Salvo 1606 Mill Street San Luis Obispo, CA 93401** | | 1,400 | |
| **Mayo Foundation for Medical Education and Research 200 First Street SW Rochester, MN 55905** | | 1,111,000 | |
| **Merrill Lynch FBO Jugal K Taneja Attn Jack Kocik Hudson, OH 44236** | | 3,630 | |
| **Michael C Lee & Jane M Lee 877 Auburnville Way Unit 06 Whitman, MA 02382** | | 1 | |
| **Michael E. Admonis & Gloria Admonis 12120 W 103 Court Saint John, IN 46373** | | 74 | |
| **Michael F. Resch & 1780 Berkshire Road Gates Mills, OH 44040** | | 1 | |
| **Michael S. Olson T-12335 N 73 Street Wausau, WI 54403** | | 36,748 | |

Sheet  __16__  of  __30__  continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____

                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michele Lagamba**<br>**5421 Karlsburg Place**<br>**Palm Harbor, FL 34685** | | **359** | |
| **Mike Kemery & Donna Kemery**<br>**1275 J 23**<br>**Clearfield, IA 50840** | | **12,249** | |
| **Mike Tobe**<br>**10323 RD H**<br>**Ottawa, OH 45875** | | **1** | |
| **Mitchell Frondal**<br>**1328 Convington CT**<br>**Saint Charles, IL 60174** | | **13,300** | |
| **Mitchell L. Boyter &**<br>**Lori L. Boyter**<br>**2 Natchez Trace Dr**<br>**Harvey, LA 70058** | | **52** | |
| **Morgan Lewis & Bockius, LLP**<br>**90 South 7th Street**<br>**Minneapolis, MN 55402** | | **57,190** | |
| **Morgan Lewis & Bockius, LLP**<br>**90 South 7 Street**<br>**Minneapolis, MN 55402** | | **9,310** | |
| **Morris W. Steller**<br>**34 Laguna Madre**<br>**Port Isabel, TX 78578** | | **89,756** | |
| **Mota Faro**<br>**PO Box 1116**<br>**Campbell, CA 95009** | | **1** | |
| **Mousa Hassan**<br>**718 Front Street**<br>**Lahaina, HI 96761** | | **25,000** | |
| **Mousa Hassan**<br>**718 Front Street**<br>**Lahaina, HI 96761** | | **10,000** | |
| **Myrita M. Babcock**<br>**12500 Briarwood Terrace**<br>**Hopkins, MN 55343** | | **10,000** | |

Sheet __17__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.** _____,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **N. Dean Bankson TTEE**<br>**PO Box 688**<br>**112 Redbud Street**<br>**Greenville, OH 45331** | | **1** | |
| **Nancy Evans**<br>**400 W 38th Street**<br>**Newport Beach, CA 92663** | | **48,997** | |
| **Nayan S. Shah**<br>**6821 Sutherland CT**<br>**Mentor, OH 44060** | | **13** | |
| **Newport Cap Consultants**<br>**980 Noble Champions Way**<br>**Argyle, TX 76226** | | **5** | |
| **Newport Underwriters Inc.**<br>**980 Noble Champions Way**<br>**Argyle, TX 76226** | | **38** | |
| **NFS/ FMTC IRA**<br>**FBO Andrew J. Flosdorf**<br>**2565 Kewanne Way**<br>**Minneapolis, MN 55422** | | **950** | |
| **NFS/ FMTC IRA**<br>**FBO Andrew V. Kardish**<br>**109 Castle Pines Dr. N.**<br>**Castle Rock, CO 80108** | | **1** | |
| **NFS/FMTC IRA**<br>**FBO Harry J. Giacomeeti**<br>**1 Widener Drive**<br>**Wilkes Barre, PA 18702** | | **7** | |
| **Norman Tutin &**<br>**Margaret Tutin**<br>**466 Forestview Road**<br>**Bay Village, OH 44140** | | **1** | |
| **Panaviotis K. Kiavias**<br>**75 W End Ave**<br>**Apt P29D**<br>**New York, NY 10023** | | **100** | |
| **Patricia A Abbott**<br>**408 Parkers Lake Road #112**<br>**Wayzata, MN 55391** | | **55,189** | |

Sheet  __18__  of  __30__  continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                    ,    Case No. _____

                                    Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Patrick Hafner TOD**<br>**1381 Forestedge Blvd.**<br>**Oldsmar, FL 34677** | | **39** | |
| **Paul M. Pitstick**<br>**1134 Herr Road**<br>**Fairborn, OH 45324** | | **1** | |
| **Paul M. Sokol**<br>**Jane M. Sokol**<br>**573 Country Oaks Lane**<br>**River Falls, WI 54022** | | **6,125** | |
| **Paul R. Janicki**<br>**Louella B. Janicki**<br>**20803 Kaidon Lane**<br>**North Fort Myers, FL 33917** | | **1** | |
| **Paul Roberts &**<br>**Dawn Roberts**<br>**1955 Green Tree Road**<br>**Junction City, WI 54443** | | **18,374** | |
| **Paul W. Schultz**<br>**2524 Colony Circle**<br>**Saint Cloud, MN 56303** | | **39,505** | |
| **Pershing LLC Cust**<br>**FBO Maureen Moo-Dodge**<br>**PO Box 205**<br>**Jersey City, NJ 07303** | | **12,249** | |
| **Peter Bruno &**<br>**Carol Bruno**<br>**13812 Mohawk Terr**<br>**Cleveland, OH 44130** | | **1** | |
| **Peter Eckerline**<br>**2555 Fox Street**<br>**Wayzata, MN 55391** | | **100,000** | |
| **Phillip Damore Jr. &**<br>**Sherry L. Damore**<br>**36148 Bridgeport Dr.**<br>**North Ridgeville, OH 44039** | | **3** | |
| **Phillip E. Manske**<br>**613 N. Cincinnati Street**<br>**Spring Green, WI 53588** | | **2,940** | |

Sheet __19__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                        ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Philomena S. Dommermuth**<br>**1237 Main Street**<br>**Pittston, PA 18641** | | **12** | |
| **Principal Trust Company**<br>**FBO Vincent M. McGuire IRA**<br>**2860 Elk Horn Lane**<br>**Sandy, UT 84093** | | **20** | |
| **Private Trust Company Cust**<br>**FBO Quentin F. Erickson IRA**<br>**9785 Towne Centre Drive**<br>**Aurora, OH 44202** | | **6,125** | |
| **Psychological Assessment Svc**<br>**PO Box 634**<br>**Aurora, OH 44202** | | **41** | |
| **R. Balasubramniam &**<br>**Usha Balasubramniam**<br>**17034 Greenwood Drive**<br>**Strongsville, OH 44149** | | **1** | |
| **R. William Torhorst Jr.**<br>**3340 Whiting Avenue**<br>**#8**<br>**Stevens Point, WI 54481** | | **6,125** | |
| **Radine Sally Oxely TTEE f**<br>**2716 Ocean Park Blvd. # 2014**<br>**Santa Monica, CA 90405** | | **23,640** | |
| **Rainwater Capital Partners**<br>**2751 HENNEPIN AVE S #24**<br>**MINNEAPOLIS, MN 55408** | | **385** | |
| **Ralph Arthur**<br>**16018 Sheridan Avenue**<br>**Clive, IA 50325** | | **6,125** | |
| **Ralph Grieco &**<br>**Hannelore Grieco**<br>**2441 Augustine Drive**<br>**Cleveland, OH 44134** | | **2** | |
| **RBC Capital FBO Mark Wayne**<br>**Spindler and Bene Darleen**<br>**Spindler DECD IRA**<br>**Minneapolis, MN 55402** | | **11,283** | |

Sheet __20__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re  **Vertical Health Solutions, Inc.**                                          ,    Case No. _____
                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RBC Capital Markets Corp Custodian FBO Daryl McNab 510 Marquette Ave S. Minneapolis, MN 55402** | | **24,500** | |
| **RBC Capital Markets Corp. FBO John Koski IRA 510 Marquette Ave. S. Minneapolis, MN 55402** | | **9,800** | |
| **RBC Capital Markets Corp. Custodian FBO Douglas Mulholland IRA 510 Marquette Ave. S Minneapolis, MN 55402** | | **7,350** | |
| **RBC Capital Markets Corp. FBO Bill Thompson IRA 510 Marquette Ave. S Minneapolis, MN 55402** | | **4,899** | |
| **RBC Capital Markets Corp. FBO Janice A. Waterhouse 510 Marquette Ave. S Minneapolis, MN 55402** | | **3,870** | |
| **RBC Capital Markets Corp. FBO Scott Happe IRA 510 Marquette Ave. S Minneapolis, MN 55402** | | **1,470** | |
| **RBC Capital Markets LLC FBO Bruce Everakes IRA Minneapolis, MN 55402** | | **100,000** | |
| **RBC Capital Markets LLC Mark Wayne Spindler Bene Dar 510 Marquette Ave. S Minneapolis, MN 55402** | | **12,226** | |
| **RBC Capital Markets LLC Mark Wayne Spindeler Bene Darleen 510 Marquette Ave. S. Minneapolis, MN 55402** | | **12,226** | |
| **RBC Capital Markets LLC FBO Mark Finley Wildgen SEP IRA 510 Marquette Ave. S Minneapolis, MN 55402** | | **68,999** | |

Sheet  __21__  of  __30__  continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**
_____,    Case No. _____
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RBC Capital Markets LLC**<br>**FBO Kevin Caulfield IRA**<br>**510 Marquette Ave. S.**<br>**Minneapolis, MN 55402** | | **275,200** | |
| **RBC Capital Markets, LLC**<br>**FBO Gregory Rueter IRA**<br>**510 Marquette Ave. S**<br>**Minneapolis, MN 55402** | | **40,727** | |
| **RBC Capital Markets, LLC**<br>**FBO Dennis Holland Roth IRA**<br>**510 Marquette Ave. S**<br>**Minneapolis, MN 55402** | | **32,649** | |
| **RBC Capital Markets, LLC**<br>**FBO Natalie Roberts IRA**<br>**510 Marquette Ave S.**<br>**Minneapolis, MN 55402** | | **23,899** | |
| **RBC Capital Markets, LLC**<br>**FBO Dana Anderson IRA**<br>**510 Marquette Ave. S**<br>**Minneapolis, MN 55402** | | **23,874** | |
| **RBCWM Dollar Write-Off**<br>**Courtesy Trades**<br>**60 S 6th Street**<br>**Minneapolis, MN 55402** | | **2** | |
| **Richard and Jaci Lindstrom**<br>**2811 Westwood Rd S.**<br>**Wayzata, MN 55391** | | **1,000,000** | |
| **Richard Belmonte**<br>**6281 York Mountain Rd**<br>**O Neals, CA 93645** | | **5,233** | |
| **Richard C. Turnquist**<br>**RBC Capital Markets**<br>**1965 Oscar Lane**<br>**Balsam Lake, WI 54810** | | **89,997** | |
| **Richard Kraniak**<br>**101 W Long Lake Rd.**<br>**Bloomfield Hills, MI 48304** | | **200,000** | |
| **Richard O'Leary**<br>**2819 4th Street**<br>**Boulder, CO 80304** | | **6,125** | |

Sheet __22__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**
_____ ,    Case No. _____
                        Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard R Pavelski**<br>**145 Cheshire Way**<br>**Naples, FL 34110** | | **24,499** | |
| **Richard Randall**<br>**1010 W 83 Street**<br>**Minneapolis, MN 55438** | | **12,249** | |
| **Richard Solwitz**<br>**30125 Euclid Avenue**<br>**Wickliffe, OH 44092** | | **1** | |
| **Robert Benedict &**<br>**Christine Benedict**<br>**23055 Snell Rd.**<br>**Columbia Station, OH 44028** | | **1** | |
| **Robert Bruce Griffin III**<br>**4124 Mistmorn Way**<br>**Powder Springs, GA 30127** | | **2** | |
| **Robert E. Cooper TTEE**<br>**101 Crossridge Dr.**<br>**Dayton, OH 45429** | | **2** | |
| **Robert F. Horninger &**<br>**Brenda L. Horninger**<br>**215 Krocks Rd.**<br>**Allentown, PA 18104** | | **3** | |
| **Robert J. Szuch &**<br>**PAtricia Szuch**<br>**118 Foxglove Dr.**<br>**Baden, PA 15005** | | **2** | |
| **Robert M. Weller Family LLP**<br>**2001 Vernon DR. S.**<br>**Hopkins, MN 55305** | | **24,499** | |
| **Robert McKelvey**<br>**23449 Quentin Ave. N.**<br>**Scandia, MN 55073** | | **23,684** | |
| **Robert Poorman**<br>**7199 Selworthy LN**<br>**Solon, OH 44139** | | **1** | |
| **Ronald H. Forster &**<br>**Conalee Forster**<br>**10967 N. Durkee Rd.**<br>**Grafton, OH 44044** | | **1** | |

Sheet __23__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re   **Vertical Health Solutions, Inc.**          ,     Case No. _____

                            Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ronald L. Rodgers & Jean C. Rodgers 26 Hidden Valley Road Palos Verdes Peninsula, CA 90274** | | **6,125** | |
| **Ronald Runck 545 127 Lane NW Minneapolis, MN 55448** | | **36,502** | |
| **RTCO As Exch Agent for Unex SHS of Vertical Health #5295 10 Commerce Drive Cranford, NJ 07016** | | **195,809** | |
| **Ruitson Ouyang & Yu-Yen Ouyang 8740 W. Gilmore Ave. Las Vegas, NV 89129** | | **244,986** | |
| **S. Watters PO Box 550 Odessa, FL 33556** | | **8** | |
| **Sandy Skocir 3659 Green Road Suite 221 Beachwood, OH 44122** | | **1** | |
| **Sara S. Shehata 114 Driftwood Lane Largo, FL 33770** | | **1,500** | |
| **Sasha C. Gentling 45 Christopher Street New York, NY 10014** | | **79,073** | |
| **Scott Jenkins & Barbara Jenkins 7979 Chesshire Lane Osseo, MN 55311** | | **31,587** | |
| **Scott R. Janda & Maria H. Janda 7688 Chagrin Rd. Chagrin Falls, OH 44023** | | **1** | |
| **Scott R. Pribnow & Anita L. Pribnow 1409 Oryan Trail N. Stillwater, MN 55082** | | **3,063** | |

Sheet __24__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                          ,    Case No. _____

Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Scottrade In Cust FBO**<br>**Willard Butler IRA**<br>**474 Knight Dr.**<br>**Tarpon Springs, FL 34688** | | **2,500** | |
| **Scottrade Inc Cust FBO**<br>**Larry M. Baum Rollover IRA**<br>**2317 W Steed RDG**<br>**Phoenix, AZ 85085** | | **15** | |
| **Scottrade Inc Cust FBO**<br>**Daniel J. Toms SEP IRA**<br>**3180 Ashland Rd** | | **5** | |
| **Sebastian Costa**<br>**2233 Johnson Ave.**<br>**San Luis Obispo, CA 93401** | | **570** | |
| **Sharon K. Williams**<br>**TOD Account**<br>**3399 S. Strate RT 78**<br>**Glouster, OH 45732** | | **1** | |
| **Sheldon Geiger**<br>**3006 Partridge Way**<br>**Wausau, WI 54401** | | **6,125** | |
| **Simon Hanna**<br>**4369 Ridgemoor Dr. N.**<br>**Palm Harbor, FL 34685** | | **2,500** | |
| **SMW Capital Group Limited**<br>**Partnership**<br>**PO Box 550**<br>**Odessa, FL 33556** | | **21** | |
| **SMW Capital Group LP**<br>**c/o Stephen M. Watters**<br>**5010 Avenue Avignon**<br>**Odessa, FL 33556** | | **7,870** | |
| **Stephen Dee Dawahare**<br>**224 South Ashland Avenue**<br>**Lexington, KY 40502** | | **24,499** | |
| **Stephen M. Watters**<br>**630 Brooker Creek Blvd.**<br>**Ste 340**<br>**Oldsmar, FL 34677** | | **262,157** | |

Sheet __25__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re  **Vertical Health Solutions, Inc.** _____ ,   Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Stephen M. Watters**<br>**PO Box 550**<br>**Odessa, FL 33556** | | **5** | |
| **Steve Melilli**<br>**2643 Hawks Landing Blvd**<br>**Palm Harbor, FL 34685** | | **120,000** | |
| **Steven C. Spancake**<br>**PO Box 311**<br>**Mendham, NJ 07945** | | **85,745** | |
| **Steven D. Johnson TOD**<br>**PO Box 796**<br>**Bethel Island, CA 94511** | | **31** | |
| **Steven D. Shon**<br>**6190 Hemingway Rd.**<br>**Cleveland, OH 44143** | | **1** | |
| **Steven J. Melilli**<br>**2643 Hawks Landing Blvd.**<br>**Palm Harbor, FL 34685** | | **52** | |
| **Steven J. Olson**<br>**Revocable Trust**<br>**13890 Feather Drive**<br>**Osakis, MN 56360** | | **1,029** | |
| **Steven J. Olson Jr.**<br>**1106 N. West Street**<br>**Wheaton, IL 60187** | | **3,160** | |
| **Stifel Nicolaus C/F**<br>**Kelly Tighe IRA**<br>**501 N. Broadway**<br>**Saint Louis, MO 63102** | | **1,440** | |
| **Stifel Nicolaus Custodian**<br>**FBO John Guerndt Roth IRA**<br>**501 Broadway**<br>**Saint Louis, MO 63102** | | **7,350** | |
| **Stifel Nicolaus Custodian**<br>**FBO Jennifer Guerndt**<br>**Roth IRA**<br>**501 N. Broadway**<br>**Saint Louis, MO 63102** | | **2,450** | |
| **Susan Chappell**<br>**7470 E Solano**<br>**Scottsdale, AZ 85250** | | **6,125** | |

Sheet __26__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                                    ,    Case No. _____

                                                      Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sweney Cartwright & Co.**<br>**17 South High Street**<br>**Suite 300**<br>**Columbus, OH 43215** | | **1** | |
| **Terry R. Thirion**<br>**6304 Weston Avenue**<br>**Schofield, WI 54476** | | **6,125** | |
| **Thaddeus J. Shalek**<br>**2409 Philadelphia Lake Ct.**<br>**Greensboro, NC 27408** | | **305** | |
| **Thaddeus Shalek**<br>**2107 Regents Park Lane**<br>**Greensboro, NC 27455** | | **16** | |
| **Theodore L. Tilton Trust**<br>**1031 Parkview Drive**<br>**Rochelle, IL 61608** | | **48,997** | |
| **Thomas A. Ferry**<br>**Kathy Ferry**<br>**2007 Sabrina Terr**<br>**Corona Del Mar, CA 92625** | | **7,500** | |
| **Thomas A. Rosenberg**<br>**PO Box 94**<br>**Northfield, MN 55057** | | **6,125** | |
| **Thomas J. Mill**<br>**15637 McKenzie Road**<br>**Mount Vernon, OH 43050** | | **1** | |
| **Thomas L. Vandehey**<br>**118 Windtree Drive**<br>**Wausau, WI 54401** | | **24,499** | |
| **Thomas Michael Reynolds**<br>**4500 McPheron Rd.**<br>**Lima, OH 45804** | | **1** | |
| **Thomas R. Weimberskirch**<br>**E*Trade Custodian**<br>**1690 East Township Rd 58**<br>**Tiffin, OH 44883** | | **2,000** | |
| **Thomas W. Barnetzke &**<br>**Lorrie R. Barnetzke**<br>**N4895 Lang Farm Drive**<br>**Medford, WI 54451** | | **6,125** | |

Sheet __27__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                        ,    Case No. _____

<div align="center">Debtor</div>

# LIST OF EQUITY SECURITY HOLDERS
<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tim Federwitz & Cindy Federwitz 8207 E. McMillian Street Marshfield, WI 54449** | | **36,748** | |
| **Timothy L. Schertz 1265 Main Street Suite 100 Stevens Point, WI 54481** | | **12,249** | |
| **Timothy M. Dally & Linda L. Dally 15325 231 Street Long Prairie, MN 56347** | | **6,125** | |
| **Toby Funk 4389 CHESTNUT LN NE PRIOR LAKE, MN 55372** | | **60,000** | |
| **Todd Trautmann & Linda Trautmann N5906 Park Drive Onalaska, WI 54650** | | **2,450** | |
| **Tony A Piscitelli & Anna Piscitelli 11305 Woodie Glen Dr. Chardon, OH 44024** | | **1** | |
| **Val Burdick RBC Capital Markets LLC 1053 West Cliff Curve Saint Paul, MN 55126** | | **28,000** | |
| **Val Burdick 1053 WESTCLIFF CURVE SHOREVIEW, MN 55126** | | **28,000** | |
| **Virginia Anna Mc Kay TTEE of the Virginia Anna McKay 3797 Randolph Rd Mogadore, OH 44260** | | **1** | |
| **W Bruce Erickson Revocable Trust 4041 16 Ave. S. Minneapolis, MN 55407** | | **48,997** | |
| **Wayne Edgar Helfrich 30612 Willoway Lane Bay Village, OH 44140** | | **1** | |

Sheet  **28**  of  **30**  continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**                                  ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Wayne L. Mack**<br>**Nancy L. Mack**<br>**5518 Sandpiper Dr.**<br>**Cleveland, OH 44134** | | **1** | |
| **Wayne M. Hamersly**<br>**RBC Capital Markets LLC**<br>**13200 SE Nixon Ave.**<br>**Portland, OR 97222** | | **793** | |
| **Wells Fargo Bank Roth C/F**<br>**Gregory D. Farnam**<br>**625 Marquette Ave.**<br>**Minneapolis, MN 55402** | | **5,268** | |
| **Wells Fargo Bank Roth C/F**<br>**Gregory D. Farnham**<br>**625 Marquette Ave.**<br>**Minneapolis, MN 55402** | | **857** | |
| **Wilfred H. Ganger**<br>**2217 Monroe Ave.**<br>**Cincinnati, OH 45212** | | **2** | |
| **William Cavanaugh**<br>**1530 Cavaletti Ct.**<br>**Victoria, MN 55386** | | **700,000** | |
| **William H. House &**<br>**Anna L. House**<br>**395 Rockford Drive**<br>**Hamilton, OH 45013** | | **13** | |
| **William Helmuth &**<br>**Fannie Helmuth**<br>**6215 Kilbury Huber Rd.**<br>**Plain City, OH 43064** | | **1** | |
| **William L. Term**<br>**PO Box 31297**<br>**Independence, OH 44131** | | **1** | |
| **William Lagamba**<br>**5421 Karlsburg Place**<br>**Palm Harbor, FL 34685** | | **435** | |
| **William Lagamba**<br>**Cust for Anthony Lagamba**<br>**5421 Karlsburg Place**<br>**Palm Harbor, FL 34685** | | **103** | |

Sheet __29__ of __30__ continuation sheets attached to the List of Equity Security Holders

In re    **Vertical Health Solutions, Inc.**_____,    Case No. _____

_____Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William Lagamba**<br>**Cust for Courtney Lagamba**<br>**5421 Karlsburg Place**<br>**Palm Harbor, FL 34685** | | **103** | |
| **William Lagamba**<br>**Cust for Nicholl Lagamba**<br>**5421 Karlsburg Place**<br>**Palm Harbor, FL 34685** | | **103** | |
| **William Priedeman**<br>**405 S. Willow Dr.**<br>**Long Lake, MN 55356** | | **49,918** | |
| **Worthless Securities**<br>**SG America Securities LLC**<br>**480 Washington Bld. 21 Floor**<br>**Jersey City, NJ 07310** | | **2** | |
| **Worthless Stock Account**<br>**York Securities**<br>**160 Broadway**<br>**East Bldg 7th Floor**<br>**Jersey City, NJ 07310** | | **5** | |
| **Yenny Teng-Lee**<br>**148 44 Ave.**<br>**San Mateo, CA 94403** | | **18** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**March 13, 2014**_____    Signature  **/s/ William Cavanaugh**_____

**William Cavanaugh**
**President and CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re    **Vertical Health Solutions, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 13, 2014**

**/s/ William Cavanaugh**
**William Cavanaugh**/**President and CEO**
Signer/Title

Vertical Health Solutions, Inc.
15735 51 Street
Minneapolis, MN 55446

Advocate BroMenn Medical Center
1304 Franklin Avenue
Bloomington, IL 61704

Avera Sacred Heart Hospital
501 Summit
Yankton, SD 57078

Andrew Zaron
León Cosgrove, LLC
255 Alhambra Circle
Suite 424
Coral Gables, FL 33134

Advocate BroMenn Outpatient Center
3024 East Empire Street
Bloomington, IL 61704

BDO USA
7650 Edinborough Way
Suite 225
Edina, MN 55435

1906 Digital Imaging
837 FM 1960 Road
Houston, TX 77090

Advocate Eureka Hospital
101 S. Major Street
Eureka, IL 61530

Bill Priedman
405 S WILLOW DR
LONG LAKE, MN 55356

1960 Digital Imaging
837 FM 1960 Road
Houston, TX 77090

Al Bier
1180 Lakemoor Drive
Woodbury, MN 55129

Brad Richter
21150 EXCELSIOR BLVD
GREENWOOD, MN 55331

Abbott Northwestern
PO Box 1583
Minneapolis, MN 55440

Annie Penn Hospital
618 S. Main Street
Reldsville
Reidsville, NC 27320

Brian Spille
3933 Vincent Avenue South
Minneapolis, MN 55410

Ackmann & Dickenson, Inc.
701 North Third Street
Suite 108
Minneapolis, MN 55401

Anthony and Julie Klasen
431 Riverside Ave NW
Melrose, MN 56352

Bruce & Sarah Everakes
JT TEN
3442 River Falls Dr
Northbrook, IL 60062

Ackmann & Dickenson, Inc.
701 North Third Street
Suite 108
Minneapolis, MN 55401

Anthony and Julie Klasen
431 Riverside Ave NW
Melrose, MN 56352

Bruce Foreman
5301 AYRSHIRE BLVD
EDINA, MN 55436

Advanced MRI
1709 Jumer Drive
Suite B
Bloomington, IL 61704

Arthur J. Gallagher
Risk Mgt Svcs Inc
39735 Treasury Center
Chicago, IL 60694

C. Thomas & Nancy Humphries
6315 Howie Mine Church Road
Waxhaw, NC 28173

Advanced Orthopdedics and
Sports Medicin
Las Vegas, NV

Arthur J. Gallagher Risk Mgt Svcs Inc
39735 Treasury Center
Chicago, IL 60694

Carle Foundation Hospital
610 N. Lincoln
Urbana, IL 61801

Celtic Enterprises
26120 DODD BLVD
LAKEVILLE, MN 55044

Daniel Gage
4052 Deerwood PL
Eagan, MN 55122

Donald G. Hamm Jr.
149 Stonebridge Road
Lilydale, MN 55118

Charles Bercaw
2601 W 52ND ST
MINNEAPOLIS, MN 55410

Daryl and Margaret McNab
26120 DODD BLVD
LAKEVILLE, MN 55044

Doug Pietig
1424 WOODLAWN BEACH
BUFFALO, MN 55313

Children's Hospital & Medical Center
Attn: Lisa Harvey
Omaha, NE 68114

David Drummer
30 Map Drive
Mankato, MN 56001

DRA Imaging
Attn: Accounting
Wappingers Falls, NY 12590

Chris Hafey
6520 Cherokee Trail
Minneapolis, MN 55439

Dean P Jacklitch
16620 54TH COURT N
Plymouth, MN 55446

Eastern Idaho Regional
Medical Center
3100 Channing Way
Idaho Falls, ID 83404

Comstock Land Co. LLC
PO BOX 10976
FARGO, ND 58106

Deerbrook Diagnostics &
Imaging Center
8901 FM
1960 Bypass Road West
Humble, TX 77338

Elite Diagnostics
444 Holderrieth Blvd, Suite 1
Tomball, TX 77375

Craig Muilenburg
PO Box 281
Groton, SD 57445

Dennis DeVetter
9925 RIVER EDGE DRIVE
MARSHFIELD, WI 54449

Elkhart General Healthcare
System
600 East Blvd
Elkhart, IN 46514

Craig Stevenson
1237 BOULDER CIR
FERGUS FALLS, MN 56537

Denver Metro Imaging
DBA Park Meadows Imaging
Lone Tree, CO 80124

Elmer Salovich Revocable
Trust U/A 12/16
12 Overholt Pass
Edina, MN 55435

Dan Nourie
1804 SUNRAN AVE
MANKATO, MN 56001

Diagnostic Professionals, Inc.
10950 Pines Boulevard
Pembrokes Pines, FL 33026

EvergreenHealth Medical Center
12040 NE 128th Street
Kirkland, WA 98034

Dan Schulte
512 CARRIAGE LANE
HUDSON, WI 54016

Diagnostics Imaging Services
4241 Veterans Blvd.
Suite 200
Metairie, LA 70001

EvergreenHealth Medical Center
12040 NE 128th Street
Kirkland, WA 98034

FHN Memorial Hospital
1045 West Stephenson Street
Freeport, IL 61032

Gus Chafoulias
221 1st Avenue SW
Suite 300
Rochester, MN 55902

James Paul Argires
245 ESHELMAN ROAD
LANCASTER, PA 17601

Fred Richter
103 EDGEWOOD CT
WAYZATA, MN 55391

Hamilton Medical Center
1407 N. Thornton Avenue
Dalton, GA 30720

Jane Halverson
11914 70 Place N.
Osseo, MN 55369

Galleria MRI & Diagnostics LLC
3391 Westpark Drive
Houston, TX 77005

Harborview Medical Center
325 9th Street
Seattle, WA 98104

Jerry & Kaye Rachel
17825 Dracena Cir
North Fort Meyers, MN 33917

Gene Happe
2909 WOODS TRAIL S
BURNSVILLE, MN 55306

Heidi Haberman
2710 Pence Lane
Orono, MN 55331

JIMMAR Consulting
615 River Birch Place
Lino Lakes, MN 55104

Gilya Alchits
11010 50th Avenue North
Plymouth, MN 55442

Henry A. Cousineau III
1201 Yale Place
#1107
Minneapolis, MN 55403

John Collins
3332 Primrose Court
Grand Forks, ND 58201

Golder CT & MRI Center
613 N. Golder
Odessa, TX 79761

Henry A. Cousineau III
1201 Yale Place
#1107
Minneapolis, MN 55403

John E. Happe
1701 PRAIRIE HILL RD
ST CLOUD, MN 56301

Grady Health System
80 Jesse Hill Junior Dr. SE
Atlanta, GA 30303

Hinacom Software & Technology, Ltd
Suite B1103. Bldg XueYan
Beijing

Joleen Happe
2909 WOODS TRAIL S
BURNSVILLE, MN 55306

Guam Radiology Consultants
633 Govenor Carlos
Camacho Road
Guam Medical Plaza
Barrigada, GU 96913

J. Kenneth Roos III
PO Box 90502
San Diego, CA 92169

Jon and Annette Vandehey
1945 GREEN TREE ROAD
JUNCTION CITY, WI 54443

Gus Chafoulias
221 1st Avenue SW
Suite 300
Rochester, MN 55902

James Behm
3937 37TH STREET COURT WEST
BRADENTON, FL 34205

Jordan Family LLC
400 East Lake Street
Minneapolis, MN 55408

Katie  White
5300 HIGHWOOD DR  W
EDINA, MN 55436

Mark  Heuer
232 CHICAGO AVE N
WAYZATA, MN 55391

Monte  Kjos
PO BOX 10976
FARGO, ND 58106

Ken-Ton Open MRI
2882 Elmwood Avenue
Kenmore, NY 14217

Marvin and Myrna Olson
100 Meadow Circle N
BURNSVILLE, MN 55337

Moquist Thorvilson Kaufmann
Kennedy & Pi
7650 Edinborough Way
Suite 225
Minneapolis, MN 55435

Kevin  Clark
3841 RED CEDAR POINT DR
EXCELSIOR, MN 55331

Mary  Hauser
1435 DURAND CT SE
ROCHESTER, MN 55904

Morgan Lewis & Bockius, LLP
502 Carnegie Center
Princeton, NJ 08540

Kevin  Miller
5801 Merold Drive
Edina, MN 55436

Mayo  Foundation  for  Medical
Education and Research
200 First Street SW
Rochester, MN 55905

North  Star  Diagnostic
Img-AL
997 Raintree Circle, Ste 110
Allen, TX 75013

Kilmer Lucas, Inc.
5090 Explorer Drive
Suite 203
Mississauga, ON L4W 4T9

Mayo  Foundation  for  Medical
Education and Research
200 First Street SW
Rochester, MN 55905

North  Star  Diagnostic
Img-FL
4951 Long Prairie Road, Ste
Flower Mound, TX 75028

Larry  Hopfenspirger
2025 Nicollet Avenue South
#203
Minneapolis, MN 55404

Medical  Center  Hospital
PO Box 7239
Odessa, TX 79760

Orthopedic  Physicians  Anchor
3801 Lake Otis Parkway, Ste
Anchorage, AK 99508

Lindstrom  Family  Limited
Partnership #2
9801 Dupont Avenue South
Bloomington, MN 55431

Medical  Center  of  McKinney
4500 Medical Center Drive
McKinney, TX 75069

Overlake  Hospital
1035 116th Street Ave. NE
Bellevue, WA 98004

Lockport  MRI
170 Professional Parkway Sou
Lockport, NY 14094

Michael  Reznick
124 Hart Ave
SANTA MONICA, CA 90405

Paesanos  Parkway  Imaging
3603 Paesanos Parkway, Ste 1
San Antonio, TX 78231

Marie  Elizabeth  Briden
35 WILLOW WOODS DRIVE
TONKA BAY, MN 55331

Midland  CT & MRI  Center
5001 Andrews Highway
Midland, TX 79703

Paul  Roberts
1955 GREEN TREE ROAD
JUNCTION CITY, WI 54443

Port Huron Hospital
1221 Pine Grove Avenue
Port Huron, MI 48060

Premier MRI Center
2300 53rd Avenue, Suite LL01
Bettendorf, IA 52722

R Kirt Mostrom
629 Ferndale Rd N
WAYZATA, MN 55391

Radine Sally Oxley 1985
Family Trusts
2716 OCEAN PARK BLVD
#2014
SANTA MONICA, CA 90405

Radiology Associates of
Tallahassee Diagnostic
Imaging
1623 Medical Dr.
Tallahassee, FL 32308

Rainwater Capital Partners, LLC
2751 HENNEPIN AVE S #24
MINNEAPOLIS, MN 55408

RBC CAPITAL MARKETS LLC
CUST□FBO Craig Stevenson
60 South 6th Street
Mailstop: P9
Minneapolis, MN 55402

RBC Capital Markets LLC
Cust FBO Daryl McNab Roth
60 South 6th Street
Mailstop: P9
Minneapolis, MN 55402

RBC Capital Markets LLC
Cust FBO Mark W. Spindler
60 South 6th Street
Mailstop: P9
Minneapolis, MN 55402

RBC Capital Markets LLC
Cust FBO Robert
60 South 6th Street
Mailstop: P9
Minneapolis, MN 55402

RBC CAPITAL MARKETS LLC
CUST Craig Watkins
60 South 6th Street
Mailstop: P9
Minneapolis, MN 55402

RBC CAPITAL MARKETS LLC
CUST□FBO Jeffrey Williams
60 South 6th Street
Mailstop: P9
Minneapolis, MN 55402

RBC CAPITAL MARKETS LLC
CUST□FBO Bruce Everakes
60 South 6th Street
CRAIG WATK
Minneapolis, MN 55402

RBC CAPITAL MARKETS LLC
CUST□FBO Jeffrey Williams
60 South 6th Street
Mailstop: P9
Minneapolis, MN 55402

Reading Hospital & Medical C
6 Spruce Street
Reading, PA 19611

Registrar and Transfer Company
10 Commerce Drive
Cranford, NJ 07016

Rhode Island Medical Imaging
20 Catamore Blvd.
East Providence, RI 02914

Richard Lindstrom
9801 Dupont Avenue South
Bloomington, MN 55431

Robert McKelvey
23449 QUENTIN AVE N
SCANDIA, MN 55073

Samaritan Pacific Communitie
930 S.W.Abbey Street
Newport, OR 97365

Self Regional Healthcare
1325 Spring Street
Greenwood, SC 29646

Shared Medical Technology
202 W. Newton Street
Rice Lake, WI 54868

Sharp & Children's
MRI Cente
7901 Frost Street
San Diego, CA 92123

Sheldon Fleck
4611 Browndale Ave
Edina, MN 55424

Spring Imaging Center
26218 I45 North
Spring, TX 77386

Stand Up Open MRI Center
4349 Loveland Street
Metairie, LA 70006

Super Angel Capital, LLC
2915 Wayzata Blvd
Minneapolis, MN 55405

Texas Health Harris Methodis
1301 Pennsylvania Avenue
Fort Worth, TX 76104

Val Burdick
1053 WESTCLIFF CURVE
SHOREVIEW, MN 55126

Theodore L Tilton Trust
1031 PARKVIEW DRIVE
ROCHELLE, IL 61608

Vitality Systems, Inc.
630 BROOKER CREEK BLVD
STE 340
OLDSMAR, FL 34677

Thomas A and Mary Jean
Rosenberg
PO BOX 94
NORTHFIELD, MN 55057

West Florida Medical Clinic
8333 North Davis Highway
Pensacola, FL 32514

Thomas Schissel
2003 W Blaylock
Phoenix, AZ 85085

West Houston MRI &
Diagnostics
1201 Dairy Ashford, Suite 11
Houston, TX 77079

Tim Hohl - April 2011 Note
14814 North Florida Ave
Tampa, FL 33613

West Texas Imaging Center
3520 North Muskingum
Odessa, TX 79760

Titan
221 1st Avenue SW
Suite 300
Rochester, MN 55902

Western New York MRI Center
222 Genessee Street
Buffalo, NY 14203

Toby Funk
4389 CHESTNUT LN NE
PRIOR LAKE, MN 55372

Willard Blake
10604 Raddisson Rd NE
Blaine, MN 55449

University of Colorado
Health Center
1400 E. Boulder Street
Colorado Springs, CO 80909

William Cavanaugh
15735 51st Ave N
Plymouth, MN 55446

University of Kansas Hospita
Attn: Steve Smith, Radiology
Kansas City, KS 66160

William Cavanaugh
15735 51st Ave N
Plymouth, MN 55446

# United States Bankruptcy Court
## Middle District of Florida

In re  **Vertical Health Solutions, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 26,200.00 |
| Prior to the filing of this statement I have received | $ | 26,200.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

■    Debtor    ☐    Other (specify):

3.  The source of compensation to be paid to me is:

■    Debtor    ☐    Other (specify):

4.  ■    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the Debtor during the pendency of the Chapter 11 case. The Debtor has sought to retain the undersigned on a general retainer basis during the Chapter 11 case based on hours billed.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **March 13, 2014**

**/s/ Andrew Zaron**
**Andrew Zaron**
**León Cosgrove, LLC**
**255 Alhambra Circle**
**Suite 424**
**Coral Gables, FL 33134**
**305-740-1975**

---

# United States Bankruptcy Court
## Middle District of Florida

In re    **Vertical Health Solutions, Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Vertical Health Solutions, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 13, 2014**

Date

**/s/ Andrew Zaron**

**Andrew Zaron**

Signature of Attorney or Litigant

Counsel for    **Vertical Health Solutions, Inc.**

**León Cosgrove, LLC**
**255 Alhambra Circle**
**Suite 424**
**Coral Gables, FL 33134**
**305-740-1975**